## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CERTARA USA, INC., | |
| Plaintiff, | |
| v. | Case No. _____ |
| EDVISE INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## COMPLAINT

Plaintiff Certara USA, Inc., ("Certara") files this Complaint against Defendant Edvise Inc. ("Edvise") for infringement of the United States Patent No. 11,132,492 ("the '492 patent") and alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

## THE PARTIES

2.      Certara is a corporation organized and existing under the laws of Delaware with corporate headquarters at 4 Radnor Corporate Center, Suite 350, Radnor, Pennsylvania.

3.      Edvise is a corporation organized, existing, and registered to do business under the laws of Delaware with a principal place of business at 80 State Street, Albany, NY.

4.      Edvise may be served with process through its registered agent, Corporation Service Company, located at 251 Little Falls Drive, Wilmington, DE.

5.      Edvise is and has been authorized to transact business in the State of Delaware and the District of Delaware since on or about September 19, 2022, under Delaware File Number 7038347.

6.      Edvise offers to sell to customers and end users its Microsoft "Excel-based" AI assisted plug-in (the "Endex product"), throughout Delaware, as well as throughout the United States.  Edvise introduces into the stream of commerce a product that infringes Certara's patented methods and systems.  Edvise does so knowing that the product will be used, offered for sale, or sold in Delaware and elsewhere in the United States.

7.      Edvise has made, used, offered to sell, and/or sold the Endex product.  Edvise's Endex product infringes one or more of at least claims 1-4, 7-8 and 11 of the '492 patent.

## JURISDICTION AND VENUE

8.      Because this action arises under the Patent Laws of the United States, 35 U.S.C. §§ 1 *et. seq.*, this Court has subject matter jurisdiction under at least 28 U.S.C. §§ 1331 and 1338(a).

9.      This Court has personal jurisdiction over Edvise, at least because, upon information and belief, Edvise (i) is incorporated in the State of Delaware; (ii) has purposefully availed itself of the rights and benefits of the laws of the State of Delaware; and (iii) has engaged in systematic and continuous business activities in the State of Delaware through the marketing, sale, and distribution of the infringing product.  As described below, Edvise has committed and continues to commit acts of infringement giving rise to this action within this District.  Edvise has sufficient minimum contacts with this District such that the exercise of jurisdiction over Edvise would not offend traditional notions of fair play and substantial justice.

10.      Venue is proper in this District under 28 U.S.C. §§ 1391(c) and 1400(b) because Edvise is incorporated in Delaware, and thereby resides in this District.

## PATENT-IN-SUIT

11.     On September 28, 2021, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '492 patent entitled "Methods for Automated Filling of Columns in Spreadsheets" to inventor Christopher M. L. Bouton.

12.     The '492 patent is presumed valid under 35 U.S.C. § 282.  A true and correct copy of the '492 patent is attached as Exhibit 1.

13.     Certara owns all rights, titles, and interests in the '492 patent.

14.     Certara has not granted Edvise approval, authorization, or a license (whether implicit or explicit) to rights under the '492 patent.

15.     The '492 patent relates to methods and systems for populating electronic documents, including spreadsheet columns, by automatically filling in certain columns using a machine learning module.

16.     The claimed inventions of the '492 patent have enabled more convenient and less laborious incorporation of data into spreadsheets by using machine learning modules, such as modules that include natural language processing capability, to automatically identify multiple responses to a question based on user provided data and populate the responses into cells in the spreadsheet.  Prior to the claimed inventions of the '492 patent, spreadsheet users were limited to using macros.  Macros are "stored functions" that "allow[] a user to define a simple formula for computing a result to insert in a given cell."  *See* '492 patent, 1:26-33.  However, such macros are limited to simple functions like "comput[ing] a total of an identified column of values."  *Id.*, 1:33-37.  Thus, the claimed systems and methods are transformative.  The claimed systems and methods incorporate machine learning modules into spreadsheets in a manner that, prior to the

inventions of the '492 patent, was not well-understood, routine, or conventional activity in the field.

## CLAIMS FOR RELIEF

### Count I – Infringement of United States Patent No. 11,132,492

17.     Certara repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

18.     Edvise has and continues to directly and/or indirectly infringe one or more claims of the '492 patent.

19.     Edvise makes, uses, sells, and/or offers to sell the Endex product that directly infringes, literally and/or under the doctrine of equivalents, one or more of at least claims 1-4, 7-8, and 11 of the '492 patent, in violation of 35 U.S.C. § 271(a).

20.     On information and belief, by encouraging others (including end users) to use the Endex product in a manner that infringes the '492 patent, Edvise has knowingly induced and continues to knowingly induce, infringement of one or more of at least claims 1-4, 7-8, and 11 of the '492 patent under 35 U.S.C. § 271(b).

21.     Edvise has had knowledge of the '492 patent from a date no later than the date of the filing of this complaint.  On information and belief, Edvise is acting without a reasonable basis for believing that it does not infringe (actively or by inducement).

22.     Edvise has also infringed and continues to infringe, one or more of at least claims 1-4, 7-8, and 11 of the '492 patent by commercially distributing, offering to commercially distribute, and/or making the Endex product, which is used in practicing the method, or using the system of the '492 patent, and constitutes a material part of the invention.  The Endex product is not a staple article or commodity of commerce suitable for substantial non-infringing use.  On

- 4 -

information and belief, Edvise has had knowledge of the '492 patent from a date no later than the date of filing of this complaint, therefore knowing the Endex product to be especially made or especially adapted for use in infringement of the '492 patent at least as of this date. Therefore, Edvise has been, and currently is, contributorily infringing the '492 patent under 35 U.S.C. § 271(c).

23.    The Endex product satisfies all claim limitations of at least claims 1-4, 7-8, and 11 of the '492 patent. For example, as explained below, the Endex product infringes claim 1 of the '492 patent.

24.    Claim 1 of the '492 patent recites:

> A method for automatically populating entries in a table, the method comprising:
>     receiving, by a processor of a computing device, a template question for populating a smart column of the table, said smart column comprising a plurality of rows, said template question comprising one or more variables, each of said one or more variables corresponding to a variable column containing a plurality of instantiations of said variable, each instantiation listed in a separate row, wherein said variable column is a column other than the smart column;
>     automatically identifying, by the processor, one or more alphanumeric responses to each of a plurality of instantiations of said template question, each instantiation comprising values of said one or more variables input from a corresponding row of the corresponding variable column, wherein said identifying is performed using a machine learning module;
>     populating, by the processor, a cell in each row of the smart column with the one or more alphanumeric responses corresponding to the instantiation of the template question for that row; and
>     automatically updating said smart column upon editing of an entry in the variable column by identifying, by the processor, an updated response to the instantiation of the template question with an updated variable according to the edited entry in the variable column and populating, by the processor, a cell in the smart column corresponding to the edited entry in the variable column.

25.    The Edvise website features a tutorial demonstrating how the Endex product uses AI-powered modeling assistance to build financial models in a spreadsheet.  Such financial models are sets of complex mathematical relationships based on assumptions about a company that predict current and/or future financial performance for the company, such as anticipated profits and losses ("P&L") in future quarters or future years.  Typical assumptions include company headcount, salaries, product pricing, and sales volume, each of which may be based on known information or estimated from relevant industry averages.  As shown in the tutorial on the Edvise website, the Endex product uses machine learning to generate certain assumptions for a financial model based on user input and then generates the financial model using those assumptions.  The tutorial on the Edvise website provides evidence of how the Endex product practices each and every element of claim 1 of the '492 patent.

26.    Claim 1 of the '492 patent recites "[a] method for automatically populating entries in a table, the method comprising . . ." '492 patent, Claim 1.  Without conceding that the preamble of claim 1 of the '492 patent is limiting, the Endex product provides a "method for automatically populating entries in a table."  *See id.*  Specifically, the Endex product provides, among other features, "AI-Powered Modeling Assistance," which allows a user to "simply describe" a request for a financial model based on certain user-provided assumptions. The Endex product then automatically identifies additional necessary assumptions and generates the requested financial model based on the user-provided and additional assumptions via a machine learning module. The Endex product then populates the financial model, including its assumptions, into an Excel spreadsheet.                    *See*                    https://appsource.microsoft.com/en-us/product/saas/wa200008783?tab=overview (accessed Sept. 17, 2025).

27.    Claim 1 further recites:

>receiving, by a processor of a computing device, a template question for populating a smart column of the table, said smart column comprising a plurality of rows, said template question comprising one or more variables, each of said one or more variables corresponding to a variable column containing a plurality of instantiations of said variable, each instantiation listed in a separate row, wherein said variable column is a column other than the smart column[.]

'492 patent, Claim 1. The example in the Endex tutorial demonstrates receiving a prompt as input to a machine learning module, where the prompt causes the Endex product to generate a P&L financial model for a company that is a business-to-business software-as-a-service startup ("B2B SaaS startup") based on certain assumptions. *See* https://endex.ai/ (video – accessed Sept. 17, 2025). The prompt includes a template question to generate the P&L financial model using "assumptions [that are] adjustable inputs with reasonable default values." *See id.* The prompt also includes certain user-provided assumptions, including assumptions about the company's employees, that are instantiations of one or more variables used by the machine learning module to respond to the template question when generating the financial model. *See id.* In the tutorial, each of the user-provided assumptions for the financial model is populated into a row of a spreadsheet. *See id.*



*See id.*



*See id.*

28.     The tutorial prompt (shown in the above screen shot) specifically asks the machine learning module of the Endex product to generate a financial model based on a user-provided assumption of company headcount ("Team of 8").  *See id.*  This assumption is a variable to be used to answer the template question provided in the prompt.  *See id.*  The instantiations of the variable given in the prompt are the different roles into which the eight team members are divided.  *See id.*  In this example, the roles are "2 sales, 3 engineering, 1 product, 1 marketing, [and] 1 ops."  *See id.*

29.     Claim 1 next recites, "automatically identifying, by the processor, one or more alphanumeric responses to each of a plurality of instantiations of said template question, each instantiation comprising values of said one or more variables input from a corresponding row of the corresponding variable column, wherein said identifying is performed using a machine learning module . . . ."  '492 patent, Claim 1.  As the tutorial explains, the Endex product automatically identifies one or more alphanumeric responses "to each of a plurality of instantiations of said template question" using a machine learning model.  The Endex product identifies additional assumptions used for the financial model that are based on the user-provided headcount assumption provided in the prompt.  *See* https://endex.ai/ (video – accessed Sept. 17, 2025).  Specifically, one such additional assumption identified by the machine learning module is an average salary in U.S. dollars for each of the different employee roles (i.e., an average salary for sales, engineering, product, marketing, and ops roles).  *See id*.



*See id.*



*See id.*

30.     As seen in the tutorial (in the screen shot, below), the Endex product shows the user that it is in the process of automatically identifying responses to the template question by displaying to the user that it "need[s] detailed salary expense data" in order to generate the additional assumption for the financial model. *See id.* The machine learning module retrieves the detailed salary expense data as part of identifying the average salary for the employee roles provided by the user. *See id.*



*See id.*

31.    Edvise states on its website that the Endex product can "pull data" from "upload[ed] documents" and "trusted public data sources" using its machine learning module in order to automatically identify responses to template questions provided in user prompts and populate the responses in an Excel spreadsheet.  *See id.*   For example, such uploaded documents and trusted public data sources may be used to provide the "need[ed] detailed salary expense data" in order to respond to the template question in the tutorial.  *See id.*

32.    Claim 1 next recites, "populating, by the processor, a cell in each row of the smart column with the one or more alphanumeric responses corresponding to the instantiation of the template question for that row . . . ."   '492 patent, Claim 1.   In the Edvise tutorial, the user-provided headcount assumption is taken from the prompt and populated in variable rows (rows 17 and 18).  *See* https://endex.ai/ (video – accessed Sept. 17, 2025).   Row 17 shows the role and row 18 shows the number of employees having that role, as provided in the prompt.  *Id.*   The additional assumption regarding salary for those employees, which are responses to the template question that have been automatically identified by the machine learning module, are populated

in a smart row (row 19). *See id.* The average salary identified using the machine learning module and populated into smart row 19 is populated into a cell directly below the particular employee role that it corresponds to, as populated in rows 17 and 18. *See id*.

33.     As seen in the tutorial, the Endex product shows the user that it is in the process of populating the spreadsheet with the responses to the template question (the average salaries for the different employee roles used as an assumption for the financial model) by displaying to the user that it is "add[ing] team and salary assumptions." *See id* (as depicted in the screen shot below). The variable and smart rows are populated when the team and salary assumptions are added to the financial model. *See id*.



*See id*.

34.     In the Edvise tutorial, the aforementioned assumptions are included as rows that include variable rows and a smart row. *Id.* Row and column are relative terms of orientation. Accordingly, the Edvise variable rows and smart row correspond to the variable column and smart column as claimed in Claim 1 of the '492 patent.

35.     The Edvise tutorial illustrates the Endex product filling in a blank spreadsheet with a financial model, including its assumptions (both user-provided in the prompt and identified by

the machine learning module). *See id.* Edvise further states in the tutorial "[w]e've seen Endex as most powerful when your firm has existing templates that you want to get filled." *Id.* Therefore, on information and belief, the machine learning module of the Endex product is used to "fill" (i.e., populate) existing user-provided templates for financial models with, among other things, responses to template questions automatically identified by the machine learning module. *See id.*

36. Claim 1 last recites, "automatically updating said smart column upon editing of an entry in the variable column by identifying, by the processor, an updated response to the instantiation of the template question with an updated variable according to the edited entry in the variable column and populating, by the processor, a cell in the smart column corresponding to the edited entry in the variable column." '492 patent, Claim 1. On information and belief, the Endex product automatically updates the "smart column upon editing of an entry in the variable column" as claimed in Claim 1 of the '492 patent. *See* https://endex.ai/ (video – accessed Sept. 17, 2025). In the tutorial, the prompt provided as input to the machine learning module of the Endex product includes a template question to "[m]ake all assumptions *adjustable inputs* with reasonable default values." *Id.* (emphasis added). That is, the assumptions are adjustable, not fixed. Edvise's tutorial further states that "[n]othing is hard-coded. Everything is dynamically linked to its underlying drivers." *Id.* Thus, the assumptions, such as the number of team members, or their roles, amongst other things, are adjustable inputs such that the additional assumption regarding average employee salaries that was identified with the machine learning module will be updated if the corresponding headcount assumption is adjusted by editing its entries in rows 17 and/or 18. *See id.*

37.    Furthermore, Edvise states on its website that the Endex product "can be used for nearly any Excel task[.]" *Id*. On information and belief, such tasks include the function of updating a column "upon editing of an entry in the variable column," which, in the Endex product, may be a smart column as recited in Claim 1 of the '492 patent. *See id.*

38.    Defendant infringes at least claims 1, 2-4, 7-8, and 11 of the '492 patent in violation of 35 U.S.C. § 271(a), (b), and/or (c) by making, using, selling,  and/or offering for sale the Endex product.

39.    As a result of Edvise's infringement of the '492 patent, Plaintiff is entitled to monetary damages in an amount adequate to compensate for Edvise's infringement, but in no event less than a reasonable royalty for Edvise making, using, selling, and/or offering for sale of the invention, together with interest and costs as fixed by the Court.

## JURY DEMAND

40.    Pursuant to Federal Rule of Civil Procedure 38(b), Certara hereby requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

a.    A judgment that the '492 patent is valid and enforceable;

b.    A judgment that Edvise has infringed directly and/or indirectly one or more of at least claims 1-4, 7-8, and 11 of the '492 patent under 35 U.S.C. § 271(a), (b), and/or (c);

c.    A permanent injunction prohibiting Edvise from further acts of infringement of the '492 patent;

- 14 -

      d.      Damages to compensate Certara for Edvise's past, continuing, and/or future infringement, including pre-judgment and/or post-judgment interest, costs, and disbursements as justified under 35 U.S.C. § 284;

      e.      A judgment declaring that this is an exceptional case and awarding Plaintiff attorneys' fees and costs under 35 U.S.C. § 285;

      f.      Such other and further relief as this Court may deem just and proper.


Dated: October 3, 2025


OF COUNSEL:

Anita Spieth (*pro hac vice* to be filed)
Natalie A. Phillips (*pro hac vice* to be filed)
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000

                      */s/ Kenneth L. Dorsney*
                      Kenneth L. Dorsney (#3726)
                      Cortlan S. Hitch (#6720)
                      MORRIS JAMES LLP
                      3205 Avenue North Boulevard, Suite 100
                      Wilmington, DE 19803
                      (302) 888-6800
                      kdorsney@morrisjames.com
                      chitch@morrisjames.com

                      *Attorneys for Plaintiff Certara USA, Inc.*