# Exhibit A

**Exhibit A: Comparison of Claim 1 with Claim 7 of U.S. Patent No. 11,132,492**

| '492 Patent Claim 1 | '492 Patent Claim 2 |
|---|---|
| 1. A ***method*** for automatically populating entries in a table, the ***method*** comprising: | 7. A ***system*** for automatically populating entries in a table, the ***system*** comprising:<br><br>***a processor; and***<br><br>***a memory having instructions thereon, the instructions, when executed by the processor, causing the processor to:*** |
| receiv***ing, by a processor of a computing device,*** a template question for populating a smart column of the table, said smart column comprising a plurality of rows, said template question comprising one or more variables, each of said one or more variables corresponding to a variable column containing a plurality of instantiations of said variable, each instantiation listed in a separate row, wherein said variable column is a column other than the smart column; | receiv***e*** a template question for populating a smart column of the table, said smart column comprising a plurality of rows, said template question comprising one or more variables, each of said one or more variables corresponding to a variable column containing a plurality of instantiations of said variable, each instantiation listed in a separate row, wherein said variable column is a column other than the smart column; |
| automatically identify***ing, by the processor,*** one or more alphanumeric responses to each of a plurality of instantiations of said template question, each instantiation comprising values of said one or more variables input from a corresponding row of the corresponding variable column, wherein said identifying is performed using a machine learning module; | automatically identify one or more alphanumeric responses to each of a plurality of instantiations of said template question, each instantiation comprising values of said one or more variables input from a corresponding row of the corresponding variable column, wherein said identifying is performed using ***(i)*** a machine learning module ***and, optionally, (ii) one or more associated datasets***; |
| populat***ing, by the processor,*** a cell in each row of the smart column with the one or more alphanumeric responses corresponding to the instantiation of the template question for that row; and | populat***e*** a cell in each row of the smart column with the one or more alphanumeric responses corresponding to the instantiation of the template question for that row; and |

| **’492 Patent Claim 1** | **’492 Patent Claim 2** |
|---|---|
| automatically updat***ing*** said smart column upon editing of an entry in the variable column by identifying***, by the processor,*** an updated response to the instantiation of the template question with an updated variable according to the edited entry in the variable column and populating***, by the processor,*** a cell in the smart column corresponding to the edited entry in the variable column. | automatically updat***e*** said smart column upon editing of an entry in the variable column by identifying an updated response to the instantiation of the template question with an updated variable according to the edited entry in the variable column and populating a cell in the smart column corresponding to the edited entry in the variable column. |

# Exhibit B

US010911811B1

(12) **United States Patent**
**Tabrizi et al.**

(10) **Patent No.: US 10,911,811 B1**
(45) **Date of Patent: Feb. 2, 2021**

(54) **SYSTEMS AND METHODS FOR AUTOMATICALLY AND DYNAMICALLY GENERATING A NETWORK MAP**

(71) Applicant: **Recentive Analytics**, Boston, MA (US)

(72) Inventors: **Andysheh Tabrizi**, Boston, MA (US); **Evan Charles Smith**, Lexington, MA (US)

(73) Assignee: **Recentive Analytics**, Boston, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/598,480**

(22) Filed: **Oct. 10, 2019**

(51) **Int. Cl.**
***H04N 21/262*** (2011.01)
***H04N 21/84*** (2011.01)
***H04N 21/24*** (2011.01)
***H04N 21/2187*** (2011.01)

(52) **U.S. Cl.**
CPC ... ***H04N 21/26283*** (2013.01); ***H04N 21/2187*** (2013.01); ***H04N 21/24*** (2013.01); ***H04N 21/84*** (2013.01)

(58) **Field of Classification Search**
CPC ............... H04N 21/2187; H04N 21/24; H04N 21/26283; H04N 21/84
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,536,041 B1 * 3/2003 Knudson .............. H04N 21/235 725/39
2001/0000194 A1 * 4/2001 Sequeira .............. H04N 21/854 725/39
2005/0088407 A1 * 4/2005 Bell ..................... H04N 21/812 345/156
2019/0297381 A1 * 9/2019 Chung ..................... G06N 3/08

OTHER PUBLICATIONS

https://the506.com, "NFL 2011", Apr. 25, 2012, https://the506.com/nflmaps.2011.html, pp. 1-3 (Year: 2012).*

* cited by examiner

*Primary Examiner* — Nicholas T Corbo
(74) *Attorney, Agent, or Firm* — Goodwin Procter LLP

(57) **ABSTRACT**

This application relates to systems and techniques for automatically and/or dynamically generating a network map. The network map can be updated based on a changed condition, which can include, among other things, a change in the underlying schedule and/or underlying data (e.g., weather data, news data, etc.). The network map can be updated in real time and/or in accordance with a predetermined schedule.

**19 Claims, 4 Drawing Sheets**

| station | 1pm game | 4pm game | state | city |
|---|---|---|---|---|
| DWAY | BAL-KC | HOU-LAC | NC | Wilmington |
| EENY | NYJ-NE | PIT-SF | NY | Elmira-corning |
| EKTV | NYJ-NE | PIT-SF | NY | Utica |
| ELOX | ATL-IND | NO-SEA | MS | Biloxi |
| EOHL | CIN-BUF | HOU-LAC | OH | Lima |
| ESVF | BAL-KC | PIT-SF | VA | Harrisonburg |
| GBBJ | BAL-KC | NO-SEA | TN | Jackson |
| KAJ | BAL-KC | HOU-LAC | MT | Kalispell |
| KAUZ | DET-PHI | PIT-SF | TX | Wichita Falls |
| KBAK | DET-PHI | HOU-LAC | CA | Bakersfield |
| KBIM | BAL-KC | PIT-SF | NM | Roswell |
| KBNZ | BAL-KC | PIT-SF | OR | Bend |
| KBOI | CIN-BUF | NO-SEA | ID | Boise |
| KBSD | BAL-KC | NO-SEA | KS | Dodge City/Ensign |
| KBSH | BAL-KC | NO-SEA | KS | Hays |
| KBSL | BAL-KC | NO-SEA | KS | Goodland |
| KBTX | BAL-KC | HOU-LAC | TX | Bryan |
| KBZK | BAL-KC | HOU-LAC | MT | Bozeman |
| KCBS | BAL-KC | HOU-LAC | CA | Los Angeles |
| KCBY | BAL-KC | PIT-SF | OR | Coos Bay |
| KCCI | BAL-KC | HOU-LAC | IA | Des Moines |




FIG. 1A




| station | 1pm game | 4pm game | state | city |
|---|---|---|---|---|
| DWAY | BAL-KC | HOU-LAC | NC | Wilmington |
| EENY | CIN-BUF | PIT-SF | NY | Elmira-corning |
| EKTV | NYJ-NE | PIT-SF | NY | Utica |
| ELOX | ATL-IND | NO-SEA | MS | Biloxi |
| EOHL | CIN-BUF | HOU-LAC | OH | Lima |
| ESVF | BAL-KC | PIT-SF | VA | Harrisonburg |
| GBBJ | BAL-KC | NO-SEA | TN | Jackson |
| KAJ | BAL-KC | HOU-LAC | MT | Kalispell |
| KAUZ | NYJ-NE | PIT-SF | TX | Wichita Falls |
| KBAK | NYJ-NE | HOU-LAC | CA | Bakersfield |
| KBIM | BAL-KC | PIT-SF | NM | Roswell |
| KBNZ | BAL-KC | PIT-SF | OR | Bend |
| KBOI | CIN-BUF | NO-SEA | ID | Boise |
| KBSD | BAL-KC | NO-SEA | KS | Dodge City/Ensign |
| KBSH | BAL-KC | NO-SEA | KS | Hays |
| KBSL | BAL-KC | NO-SEA | KS | Goodland |
| KBTX | BAL-KC | HOU-LAC | TX | Bryan |
| KBZK | BAL-KC | HOU-LAC | MT | Bozeman |
| KCBS | BAL-KC | HOU-LAC | CA | Los Angeles |
| KCBY | BAL-KC | PIT-SF | OR | Coos Bay |
| KCCI | BAL-KC | HOU-LAC | IA | Des Moines |

FIG. 1B




FIG. 2A

| station | 1pm game | 4pm game | state | city |
|---|---|---|---|---|
| DWAY | BAL-KC | HOU-LAC | NC | Wilmington |
| EENY | NYJ-NE | PIT-SF | NY | Elmira-corning |
| EKTV | NYJ-NE | PIT-SF | NY | Utica |
| ELOX | ATL-IND | NO-SEA | MS | Biloxi |
| EOHL | CIN-BUF | HOU-LAC | OH | Lima |
| ESVF | BAL-KC | PIT-SF | VA | Harrisonburg |
| GBBJ | BAL-KC | NO-SEA | TN | Jackson |
| KAJ | BAL-KC | HOU-LAC | MT | Kalispell |
| KAUZ | DET-PHI | PIT-SF | TX | Wichita Falls |
| KBAK | DET-PHI | HOU-LAC | CA | Bakersfield |
| KBIM | BAL-KC | PIT-SF | NM | Roswell |
| KBNZ | BAL-KC | PIT-SF | OR | Bend |
| KBOI | CIN-BUF | NO-SEA | ID | Boise |
| KBSD | BAL-KC | NO-SEA | KS | Dodge City/Ensign |
| KBSH | BAL-KC | NO-SEA | KS | Hays |
| KBSL | BAL-KC | NO-SEA | KS | Goodland |
| KBTX | BAL-KC | HOU-LAC | TX | Bryan |
| KBZK | BAL-KC | HOU-LAC | MT | Bozeman |
| KCBS | BAL-KC | HOU-LAC | CA | Los Angeles |
| KCBY | BAL-KC | PIT-SF | OR | Coos Bay |
| KCCI | BAL-KC | HOU-LAC | IA | Des Moines |

FIG. 2B




FIG. 3A

Map on September 8, 2019:

| station | 1pm game | 4pm game | state | city |
|---|---|---|---|---|
| KABB | SF-WSH | NO-CHI | TX | San Antonio |
| KADN | LAR-ATL | NO-CHI | LA | Lafayette |
| KARD | LAR-ATL | NO-CHI | LA | Monroe |
| KATN | MIN-DET | NO-CHI | AK | Fairbanks |
| KAYU | SF-WSH | BAL-SEA | WA | Spokane |
| KBFX | LAR-ATL | NO-CHI | CA | Bakersfield |
| KBSI | MIN-DET | NO-CHI | KY | Paducah |
| KBTV | SF-WSH | NO-CHI | TX | Beaumont |
| KBVU | SF-WSH | NO-CHI | CA | Eureka |
| KCBA | SF-WSH | NO-CHI | CA | Monterey |
| KCIT | SF-WSH | NO-CHI | TX | Amarillo |
| KCPQ | SF-WSH | BAL-SEA | WA | Seattle |
| KCVU | SF-WSH | NO-CHI | CA | Chico |
| KCYU | SF-WSH | BAL-SEA | WA | Yakima |
| KDFW | AZ-NYG | NO-CHI | TX | Dallas |
| KDFX | LAR-ATL | NO-CHI | CA | Palm Springs |
| KDSM | MIN-DET | NO-CHI | IA | Des Moines |
| KDVR | MIN-DET | NO-CHI | CO | Denver |
| KECY | AZ-NYG | NO-CHI | AZ | Yuma |

FIG. 3B

Map on September 17, 2019:

| station | 1pm game | 4pm game | state | city |
|---|---|---|---|---|
| KABB | SF-WSH | BAL-SEA | TX | San Antonio |
| KADN | LAR-ATL | NO-CHI | LA | Lafayette |
| KARD | LAR-ATL | NO-CHI | LA | Monroe |
| KATN | MIN-DET | NO-CHI | AK | Fairbanks |
| KAYU | AZ-NYG | BAL-SEA | WA | Spokane |
| KBFX | LAR-ATL | NO-CHI | CA | Bakersfield |
| KBSI | MIN-DET | BAL-SEA | KY | Paducah |
| KBTV | SF-WSH | NO-CHI | TX | Beaumont |
| KBVU | SF-WSH | NO-CHI | CA | Eureka |
| KCBA | LAR-ATL | BAL-SEA | CA | Monterey |
| KCIT | SF-WSH | NO-CHI | TX | Amarillo |
| KCPQ | SF-WSH | BAL-SEA | WA | Seattle |
| KCVU | LAR-ATL | NO-CHI | CA | Chico |
| KCYU | AZ-NYG | BAL-SEA | WA | Yakima |
| KDFW | AZ-NYG | BAL-SEA | TX | Dallas |
| KDFX | LAR-ATL | NO-CHI | CA | Palm Springs |
| KDSM | MIN-DET | BAL-SEA | IA | Des Moines |
| KDVR | MIN-DET | NO-CHI | CO | Denver |
| KECY | AZ-NYG | BAL-SEA | AZ | Yuma |

FIG. 3C




FIG. 4

# SYSTEMS AND METHODS FOR AUTOMATICALLY AND DYNAMICALLY GENERATING A NETWORK MAP

## TECHNICAL FIELD

In general, various embodiments of this invention relate to the generation of network maps and, specifically, to a technique for automatically and dynamically generating a network map based on changing conditions.

## BACKGROUND

Many events require the generation of a network map. As used herein, the term network map refers to a schedule that outlines which content will be displayed on which channel at a certain time. As one example, the National Football League® ("NFL") needs to generate a network map for the numerous NFL football games played on Sundays, many of which are played simultaneously. The NFL needs to determine which content (games) will be displayed on which channel (television channels) at which times (usually 1 pm and 4 pm ET). The current system for generating such maps has several negative features. For example, the current process is entirely manual, static and incapable of responding to changing conditions, fixed on one default configuration and unable to consider multiple possible schedule permutations or configurations, and unable to forecast the impact of a proposed schedule change.

Accordingly, there exists a need for an improved technique for generating network maps.

## SUMMARY OF THE INVENTION

This application describes an improved technique for generating a network map that solves many of the drawbacks of conventional techniques. In particular, aspects of the present invention relate to an automated technique for generating a network map. In some instances, the technique is automated such that it is generated based on a computer algorithm designed to optimize a certain parameter (e.g., highest overall projected ratings, highest projected ratings in a particular market, etc.). In addition, in some implementations, the algorithm is based on real time data and the map can be dynamically updated based on changing conditions (e.g., an adjusted schedule, weather data, news data, etc., described in more detail below). In general, this application will describe generation of a network map using the example of the network map required for the NFL's Sunday games. However, the invention is broader than this example and can be applied to the generation of a network map for any type of content (e.g., any sporting event, such as NBA, MLB, NHL, MLS games, the Olympics, golf matches, etc. and non-sporting events such as dramatic television programs, movies, live streaming events, etc.) distributed across any type of channel (e.g., television channels, radio, internet, and in person events (e.g., at music festivals, conventions, etc.)).

In general, in one aspect, embodiments of the invention feature a computer-implemented method for dynamically generating a network map. The method can include the steps of receiving a schedule for a plurality of events; generating a network map based on the schedule; and automatically updating the network map based on at least one of (i) a change to the schedule and (ii) updated data.

In various embodiments, the plurality of events can include sporting events (e.g., NFL games). In some instances, the network map includes a description of which



event will be displayed on which channel at a particular time. In some cases, the channel includes a television channel. The change to the schedule can include a manual change performed by a user. The updated data can include weather data, news data, gambling data, among many others. In some instances, the step of automatically updating the network map includes optimizing the network map based on a particular parameter (e.g., projected overall rating or projected rating in a certain market). The step of automatically updating the network map can occur in real time. In some implementations, the step of automatically updating the network map can include using a machine learning technique. The method can also include, prior to the receiving step, generating the schedule for the plurality of events. In some cases, the step of generating the schedule can include using a machine learning technique.

In general, in another aspect, embodiments of the invention feature a system for dynamically generating a network map. The system can include one or more computers programmed to perform operations that include: receiving a schedule for a plurality of events; generating a network map based on the schedule; and automatically updating the network map based on at least one of (i) a change to the schedule and (ii) updated data.

In various embodiments, the plurality of events include sporting events. In some instances, the network map includes a description of which event will be displayed on which channel at a particular time. In some instances, the updated data includes weather data, news data, and/or gambling data, among many other types of data. In some implementations, automatically updating the network map includes optimizing the network map based on a particular parameter. The step of automatically updating the network map can occur in real time. In some implementations, the operations can also include, prior to the receiving step, generating the schedule for the plurality of events.

## BRIEF DESCRIPTION OF THE FIGURES

In the drawings, like reference characters generally refer to the same parts throughout the different views. Also, the drawings are not necessarily to scale, emphasis instead generally being placed upon illustrating the principles of the invention. In the following description, various embodiments of the present invention are described with reference to the following drawings, in which:

FIG. **1**A is an example graphical user interface illustrating an NFL Sunday game schedule;

FIG. **1**B is an example network map generated for the schedule shown in FIG. **1**A;

FIG. **2**A is an example graphical user interface illustrating an NFL Sunday game schedule that has been modified from the schedule shown in FIG. **1**A;

FIG. **2**B is an example network map generated for the schedule shown in FIG. **2**A;

FIG. **3**A is an example graphical user interface illustrating another NFL Sunday game schedule;

FIG. **3**B is an example network map generated for the schedule shown in FIG. **3**A at a first point in time;

FIG. **3**C is an example network map generated for the schedule shown in FIG. **3**A at a second point in time, different than the first point in time shown in FIG. **3**B; and

FIG. **4** illustrates an example computer system that can perform certain implementations of the techniques described herein.

## DESCRIPTION

Embodiments of the present invention are directed to an improved technique for generating a network map. As stated

above, the term network map refers to a schedule that outlines which content will be displayed on a certain channel at a certain time. Generally, a network map is based upon an underlying schedule for a plurality of events. For example, the underlying schedule can be a schedule for the NFL's Sunday games, as shown in FIG. **1**A. In some instances, the underlying schedule can be generated using a conventional technique, e.g., manually. In other instances, the underlying schedule is generated using an automated technique. For example, the automated technique can include a computer algorithm designed to optimize a particular parameter, such as overall television ratings for the NFL across all games, ratings for the NFL with a particular affiliate (CBS or FOX), ratings for the NFL in a particular market, with a particular audience, or at a particular time. As shown in FIG. **1**A, the projected overall ratings for the 1 pm and 4 pm games on each of CBS and FOX are shown in the bottom row and the total overall NFL ratings across all games is centered underneath. Many other parameters are possible and contemplated.

In certain implementations, the computer algorithm can be developed using a machine learning technique. In general, any suitable machine learning technique can be used, for example, a gradient boosted random forest, a regression, a neural network, a decision tree, a support vector machine, a Bayesian network, etc., as just a few examples. The machine learning technique can be trained using any suitable training data. A few non-limiting examples include weather data, news data, and/or gambling data (e.g., odds data generated by sports books).

Regardless of how the underlying schedule is generated, implementations of the present invention can automatically generate a network map that describes which games will be shown on which channels at which time. FIG. **1**B shows an example network map for the schedule shown in FIG. **1**A. In FIG. **1**B the leftmost column lists a television channel (in this example affiliates of CBS or FOX in various cities), the column titled 1 pm game lists the games to be displayed at 1 pm, and the column titled 4 pm game lists the games to be displayed at 4 pm. In some cases, separate network maps can be generated for affiliates of a particular broadcaster (e.g., CBS, FOX, etc.). As shown in FIG. **1**A, a user can select a first icon to generate a CBS-affiliate network map and a different icon to generate a FOX-affiliate network map.

In general, the network map can be automatically generated using any suitable technique. In some implementations, the network map is generated so as to optimize a particular parameter. This parameter can be the same parameter or a different parameter as the parameters described above used to generate the underlying schedule. For example, overall television ratings for the NFL across all games, ratings for the NFL with a particular affiliate (CBS or FOX), ratings for the NFL is a particular market, with a particular audience, or at a particular time. The network map can also be generated based on certain criteria or rules (e.g., user submitted rules). In general any rule can be used. As one example a user may say that a particular game cannot be shown in a particular market regardless of what the other data indicates (e.g., NE-BAL can never be shown in Orlando).

In some embodiments, the network map can be dynamically updated based on changing conditions. In general, any changed condition can result in an update to the network map. For example, a change in the underlying schedule can result in an update to the network, as illustrated in FIGS. **2**A-**2**B. FIG. **2**A shows a NFL game schedule with a change made from the schedule shown in FIG. **1**A. In particular, the DET-PHI game has been moved from the 1 pm FOX slot (FIG. **1**A) to the 1 pm CBS slot (FIG. **2**A). This change in schedule can be done manually by a user or it can be done automatically based on the techniques described above. The change in the underlying schedule can cause an automatic update to the network map, as illustrated in FIG. **2**B. With reference to stations KAUZ and KBAK, in the FIG. **1**B network map these stations are scheduled to display the NYJ-NE game; however, once the change to the schedule occurs, in the FIG. **2**B network maps these stations are scheduled to display the DET-PHI game. This update is made automatically and dynamically because the algorithm used to determine the network map now optimizes the DET-PHI game on the KAUZ and KBAK stations at 1 pm over the NYJ-NE game. Changes to the underlying schedule can also result in other automatic updates. For example, comparing FIG. **1**A to FIG. **2**A shows that the change in the DET-PHI game resulted in adjusted projections (both for each game slot and the total projections).

The network map can also be dynamically updated based on changing data, e.g., the data underlying the algorithm that automatically generates the network map. In general, changes to any type of data underlying the algorithm can result in a change to the network map. As one non-limiting example to illustrate the concept, the algorithm may rely on weather data and have a preference for displaying games in markets where the weather forecast is cold, because more people are likely stay inside and watch television if the weather is cold. If, however, the weather forecast changes such that a market where it was originally forecast to be cold is now forecast to be warm, the algorithm may determine that a different game should be displayed in that market. Many additional examples are possible, based on any type of changing underlying data.

A comparison of FIGS. **3**B and **3**C illustrates this concept. The network map shown in FIG. **3**B was generated on Sep. 8, 2019 and the network map shown in FIG. **3**C was generated on Sep. 17, 2019. The network maps are different without any change to the underlying schedule shown in FIG. **3**A. The cause of these changes is changes in the data underlying the algorithm that automatically generates the network map, e.g., weather data, news data, gambling data, etc.

The system can be configured such that the network map is updated in real time. In some instances, the network map may be updated in accordance with a predetermined schedule. For example, the network map can be updated with a predetermined frequency (e.g., every minute, every hour, every day, etc.) until a predetermined amount of time before the games are played (e.g., 1 day, 1 week, etc.) at which point the schedule is locked in. In other instances, the networks can display games based on updates that occur during the games. So, if the underlying data changes mid-game such that a different game should be displayed in a particular market, the network can switch the broadcast at that time.

In some embodiments, the network maps can be archived according to a predetermined schedule (e.g., every hour, every day, etc.). This archiving can allow a user to determine and view how the map has changed over time.

In various embodiments, the inventive system described herein can also automatically generate reports and analytics based on the generated network maps. Example information in these reports can include summary statistics (e.g., percentage of the country that views a particular game, e.g., NE-BAL viewed by 43% of stations, GB-SF viewed by 57% of stations, etc.), thematic trend analysis (e.g., changes in bet

wagers on a particular team, changes in merchandise sales, etc.), among many other types of information.

Operating Apparatus

FIG. **4** shows an example of a generic computing device **450**, which may be used with the techniques described in this disclosure. Computing device **450** includes a processor **452**, memory **464**, an input/output device such as a display **454**, a communication interface **466**, and a transceiver **468**, among other components. The device **450** may also be provided with a storage device, such as a microdrive or other device, to provide additional storage. Each of the components **450**, **452**, **464**, **454**, **466**, and **468**, are interconnected using various buses, and several of the components may be mounted on a common motherboard or in other manners as appropriate.

The processor **452** can execute instructions within the computing device **450**, including instructions stored in the memory **464**. The processor may be implemented as a chipset of chips that include separate and multiple analog and digital processors. The processor may provide, for example, for coordination of the other components of the device **450**, such as control of user interfaces, applications run by device **450**, and wireless communication by device **450**.

Processor **452** may communicate with a user through control interface **458** and display interface **456** coupled to a display **454**. The display **454** may be, for example, a TFT LCD (Thin-Film-Transistor Liquid Crystal Display) or an OLED (Organic Light Emitting Diode) display, or other appropriate display technology. The display interface **456** may comprise appropriate circuitry for driving the display **454** to present graphical and other information to a user. The control interface **458** may receive commands from a user and convert them for submission to the processor **452**. In addition, an external interface **462** may be provided in communication with processor **452**, so as to enable near area communication of device **450** with other devices. External interface **462** may provide, for example, for wired communication in some implementations, or for wireless communication in other implementations, and multiple interfaces may also be used.

The memory **464** stores information within the computing device **450**. The memory **464** can be implemented as one or more of a computer-readable medium or media, a volatile memory unit or units, or a non-volatile memory unit or units. Expansion memory **474** may also be provided and connected to device **450** through expansion interface **472**, which may include, for example, a SIMM (Single In Line Memory Module) card interface. Such expansion memory **474** may provide extra storage space for device **450**, or may also store applications or other information for device **450**. Specifically, expansion memory **474** may include instructions to carry out or supplement the processes described above, and may include secure information also. Thus, for example, expansion memory **474** may be provided as a security module for device **450**, and may be programmed with instructions that permit secure use of device **450**. In addition, secure applications may be provided via the SIMM cards, along with additional information, such as placing identifying information on the SIMM card in a non-hackable manner.

The memory may include, for example, flash memory and/or NVRAM memory, as discussed below. In one implementation, a computer program product is tangibly embodied in an information carrier. The computer program product contains instructions that, when executed, perform one or more methods, such as those described above. The information carrier is a computer- or machine-readable medium, such as the memory **464**, expansion memory **474**, memory on processor **452**, or a propagated signal that may be received, for example, over transceiver **468** or external interface **462**.



Device **450** may communicate wirelessly through communication interface **466**, which may include digital signal processing circuitry where necessary. Communication interface **466** may in some cases be a cellular modem. Communication interface **466** may provide for communications under various modes or protocols, such as GSM voice calls, SMS, EMS, or MMS messaging, CDMA, TDMA, PDC, WCDMA, CDMA2000, or GPRS, among others. Such communication may occur, for example, through radio-frequency transceiver **468**. In addition, short-range communication may occur, such as using a Bluetooth, WiFi, or other such transceiver (not shown). In addition, GPS (Global Positioning System) receiver module **470** may provide additional navigation- and location-related wireless data to device **450**, which may be used as appropriate by applications running on device **450**.

Device **450** may also communicate audibly using audio codec **460**, which may receive spoken information from a user and convert it to usable digital information. Audio codec **460** may likewise generate audible sound for a user, such as through a speaker, e.g., in a handset of device **450**. Such sound may include sound from voice telephone calls, may include recorded sound (e.g., voice messages, music files, etc.) and may also include sound generated by applications operating on device **450**.

The computing device **450** may be implemented in a number of different forms, as shown in FIG. **4**. For example, it may be implemented as a cellular telephone **480**. It may also be implemented as part of a smartphone **482**, smart watch, personal digital assistant, or other similar mobile device.

Operating Environment

Implementations of the subject matter and the operations described in this specification can be implemented in digital electronic circuitry, or in computer software, firmware, or hardware, including the structures disclosed in this specification and their structural equivalents, or in combinations of one or more of them. Implementations of the subject matter described in this specification can be implemented as one or more computer programs, i.e., one or more modules of computer program instructions, encoded on computer storage medium for execution by, or to control the operation of, data processing apparatus. Alternatively or in addition, the program instructions can be encoded on an artificially generated propagated signal, e.g., a machine-generated electrical, optical, or electromagnetic signal, that is generated to encode information for transmission to suitable receiver apparatus for execution by a data processing apparatus. A computer storage medium can be, or be included in, a computer-readable storage device, a computer-readable storage substrate, a random or serial access memory array or device, or a combination of one or more of them. Moreover, while a computer storage medium is not a propagated signal, a computer storage medium can be a source or destination of computer program instructions encoded in an artificially generated propagated signal. The computer storage medium can also be, or be included in, one or more separate physical components or media (e.g., multiple CDs, disks, or other storage devices).

The operations described in this specification can be implemented as operations performed by a data processing

apparatus on data stored on one or more computer-readable storage devices or received from other sources.

The term "data processing apparatus" encompasses all kinds of apparatus, devices, and machines for processing data, including by way of example a programmable processor, a computer, a system on a chip, or multiple ones, or combinations, of the foregoing. The apparatus can include special purpose logic circuitry, e.g., an FPGA (field programmable gate array) or an ASIC (application specific integrated circuit). The apparatus can also include, in addition to hardware, code that creates an execution environment for the computer program in question, e.g., code that constitutes processor firmware, a protocol stack, a database management system, an operating system, a cross-platform runtime environment, a virtual machine, or a combination of one or more of them. The apparatus and execution environment can realize various different computing model infrastructures, such as web services, distributed computing and grid computing infrastructures.

A computer program (also known as a program, software, software application, script, or code) can be written in any form of programming language, including compiled or interpreted languages, declarative or procedural languages, and it can be deployed in any form, including as a stand alone program or as a module, component, subroutine, object, or other unit suitable for use in a computing environment. A computer program may, but need not, correspond to a file in a file system. A program can be stored in a portion of a file that holds other programs or data (e.g., one or more scripts stored in a markup language resource), in a single file dedicated to the program in question, or in multiple coordinated files (e.g., files that store one or more modules, sub programs, or portions of code). A computer program can be deployed to be executed on one computer or on multiple computers that are located at one site or distributed across multiple sites and interconnected by a communication network.

The processes and logic flows described in this specification can be performed by one or more programmable processors executing one or more computer programs to perform actions by operating on input data and generating output. The processes and logic flows can also be performed by, and apparatus can also be implemented as, special purpose logic circuitry, e.g., an FPGA (field programmable gate array) or an ASIC (application specific integrated circuit).

Processors suitable for the execution of a computer program include, by way of example, both general and special purpose microprocessors, and any one or more processors of any kind of digital computer. Generally, a processor will receive instructions and data from a read only memory or a random access memory or both. The essential elements of a computer are a processor for performing actions in accordance with instructions and one or more memory devices for storing instructions and data. Generally, a computer will also include, or be operatively coupled to receive data from or transfer data to, or both, one or more mass storage devices for storing data, e.g., magnetic, magneto optical disks, or optical disks. However, a computer need not have such devices. Moreover, a computer can be embedded in another device, e.g., a mobile telephone, a personal digital assistant (PDA), a mobile audio or video player, a game console, a Global Positioning System (GPS) receiver, or a portable storage device (e.g., a universal serial bus (USB) flash drive), to name just a few. Devices suitable for storing computer program instructions and data include all forms of non volatile memory, media and memory devices, including by way of example semiconductor memory devices, e.g., EPROM, EEPROM, and flash memory devices; magnetic disks, e.g., internal hard disks or removable disks; magneto optical disks; and CD ROM and DVD-ROM disks. The processor and the memory can be supplemented by, or incorporated in, special purpose logic circuitry.



To provide for interaction with a user, implementations of the subject matter described in this specification can be implemented on a computer having a display device, e.g., a CRT (cathode ray tube) or LCD (liquid crystal display) monitor, for displaying information to the user and a keyboard and a pointing device, e.g., a mouse or a trackball, by which the user can provide input to the computer. Other kinds of devices can be used to provide for interaction with a user as well; for example, feedback provided to the user can be any form of sensory feedback, e.g., visual feedback, auditory feedback, or tactile feedback; and input from the user can be received in any form, including acoustic, speech, or tactile input. In addition, a computer can interact with a user by sending resources to and receiving resources from a device that is used by the user; for example, by sending web pages to a web browser on a user's client device in response to requests received from the web browser.

Implementations of the subject matter described in this specification can be implemented in a computing system that includes a back end component, e.g., as a data server, or that includes a middleware component, e.g., an application server, or that includes a front end component, e.g., a client computer having a graphical user interface or a Web browser through which a user can interact with an implementation of the subject matter described in this specification, or any combination of one or more such back end, middleware, or front end components. The components of the system can be interconnected by any form or medium of digital data communication, e.g., a communication network. Examples of communication networks include a local area network ("LAN") and a wide area network ("WAN"), an inter-network (e.g., the Internet), and peer-to-peer networks (e.g., ad hoc peer-to-peer networks).

The computing system can include clients and servers. A client and server are generally remote from each other and typically interact through a communication network. The relationship of client and server arises by virtue of computer programs running on the respective computers and having a client-server relationship to each other. In some implementations, a server transmits data (e.g., an HTML page) to a client device (e.g., for purposes of displaying data to and receiving user input from a user interacting with the client device). Data generated at the client device (e.g., a result of the user interaction) can be received from the client device at the server.

A system of one or more computers can be configured to perform particular operations or actions by virtue of having software, firmware, hardware, or a combination of them installed on the system that in operation causes or cause the system to perform the actions. One or more computer programs can be configured to perform particular operations or actions by virtue of including instructions that, when executed by data processing apparatus, cause the apparatus to perform the actions.

While this specification contains many specific implementation details, these should not be construed as limitations on the scope of any inventions or of what may be claimed, but rather as descriptions of features specific to particular implementations of particular inventions. Certain features that are described in this specification in the context of separate implementations can also be implemented in

combination in a single implementation. Conversely, various features that are described in the context of a single implementation can also be implemented in multiple implementations separately or in any suitable subcombination. Moreover, although features may be described above as acting in certain combinations and even initially claimed as such, one or more features from a claimed combination can in some cases be excised from the combination, and the claimed combination may be directed to a subcombination or variation of a subcombination.

Similarly, while operations are depicted in the drawings in a particular order, this should not be understood as requiring that such operations be performed in the particular order shown or in sequential order, or that all illustrated operations be performed, to achieve desirable results. In certain circumstances, multitasking and parallel processing may be advantageous. Moreover, the separation of various system components in the implementations described above should not be understood as requiring such separation in all implementations, and it should be understood that the described program components and systems can generally be integrated together in a single software product or packaged into multiple software products.

Thus, particular implementations of the subject matter have been described. Other implementations are within the scope of the following claims. In some cases, the actions recited in the claims can be performed in a different order and still achieve desirable results. In addition, the processes depicted in the accompanying figures do not necessarily require the particular order shown, or sequential order, to achieve desirable results. In certain implementations, multitasking and parallel processing may be advantageous.

Each numerical value presented herein, for example, in a table, a chart, or a graph, is contemplated to represent a minimum value or a maximum value in a range for a corresponding parameter. Accordingly, when added to the claims, the numerical value provides express support for claiming the range, which may lie above or below the numerical value, in accordance with the teachings herein. Absent inclusion in the claims, each numerical value presented herein is not to be considered limiting in any regard.

The terms and expressions employed herein are used as terms and expressions of description and not of limitation, and there is no intention, in the use of such terms and expressions, of excluding any equivalents of the features shown and described or portions thereof. In addition, having described certain embodiments of the invention, it will be apparent to those of ordinary skill in the art that other embodiments incorporating the concepts disclosed herein may be used without departing from the spirit and scope of the invention. The features and functions of the various embodiments may be arranged in various combinations and permutations, and all are considered to be within the scope of the disclosed invention. Accordingly, the described embodiments are to be considered in all respects as only illustrative and not restrictive. Furthermore, the configurations, materials, and dimensions described herein are intended as illustrative and in no way limiting. Similarly, although physical explanations have been provided for explanatory purposes, there is no intent to be bound by any particular theory or mechanism, or to limit the claims in accordance therewith.

What is claimed is:

**1**. A computer-implemented method for dynamically generating a network map, the method comprising:



receiving a schedule for a first plurality of live events scheduled to start at a first time and a second plurality of live events scheduled to start at a second time;

generating, based on the schedule, a network map mapping the first plurality of live events and the second plurality of live events to a plurality of television stations for a plurality of cities,

wherein each station from the plurality of stations corresponds to a respective city from the plurality of cities,

wherein the network map identifies for each station (i) a first live event from the first plurality of live events that will be displayed at the first time and (ii) a second live event from the second plurality of live events that will be displayed at the second time, and

wherein generating the network map comprises using a machine learning technique to optimize an overall television rating across the first plurality of live events and the second plurality of live events;

automatically updating the network map on demand and in real time based on a change to at least one of (i) the schedule and (ii) underlying criteria,

wherein updating the network map comprises updating the mapping of the first plurality of live events and the second plurality of live events to the plurality of television stations; and

using the network map to determine for each station (i) the first live event from the first plurality of live events that will be displayed at the first time and (ii) the second live event from the second plurality of live events that will be displayed at the second time.

**2**. The method of claim **1**, wherein the first plurality of live events and the second plurality of live events comprise sporting events.

**3**. The method of claim **2**, wherein the sporting events comprise NFL games.

**4**. The method of claim **1**, wherein the network map comprises a description of which event will be displayed on which station at a particular time.

**5**. The method of claim **1**, wherein the change to the schedule comprises a manual change performed by a user.

**6**. The method of claim **1**, wherein generating the network map comprises generating the network map based on at least one of weather data, news data, or gambling data.

**7**. The method of claim **1**, wherein the step of automatically updating the network map comprises optimizing the network map based on a particular parameter.

**8**. The method of claim **7**, wherein the particular parameter comprises the overall rating or a projected rating in a certain market for the plurality of television stations.

**9**. The method of claim **1**, further comprising, prior to the receiving step, generating the schedule for the first plurality of live events and the second plurality of live events.

**10**. The method of claim **1**, wherein the automatically updating step comprises generating multiple network maps based on multiple user entered changes.

**11**. The method of claim **1**, wherein the first time and the second time occur on a same day.

**12**. A system for dynamically generating a network map, the system comprising:

one or more computer processors programmed to perform operations comprising:

receiving a schedule for a first plurality of live events scheduled to start at a first time and a second plurality of live events scheduled to start at a second time;

generating, based on the schedule, a network map mapping the first plurality of live events and the second plurality of live events to a plurality of television stations for a plurality of cities,

wherein each station from the plurality of stations corresponds to a respective city from the plurality of cities,

wherein the network map identifies for each station (i) a first live event from the first plurality of live events that will be displayed at the first time and (ii) a second live event from the second plurality of live events that will be displayed at the second time, and

wherein generating the network map comprises using a machine learning technique to optimize an overall television rating across the first plurality of live events and the second plurality of live events;

automatically updating the network map on demand and in real time based on a change to at least one of (i) the schedule and (ii) underlying criteria,

wherein updating the network map comprises updating the mapping of the first plurality of live events and the second plurality of live events to the plurality of television stations; and

using the network map to determine for each station (i) the first live event from the first plurality of live events that will be displayed at the first time and (ii) the second live event from the second plurality of live events that will be displayed at the second time.



**13**. The system of claim **12**, wherein the first plurality of live events and the second plurality of live events comprise sporting events.

**14**. The system of claim **12**, wherein the network map comprises a description of which event will be displayed on which station at a particular time.

**15**. The system of claim **12**, wherein generating the network map comprises generating the network map based on at least one of weather data, news data, or gambling data.

**16**. The system of claim **12**, wherein automatically updating the network map comprises optimizing the network map based on the overall television rating or a projected rating in a certain market for the plurality of television stations.

**17**. The system of claim **12**, wherein the operations further comprise, prior to the receiving step, generating the schedule for the first plurality of live events and the second plurality of live events.

**18**. The system of claim **12**, wherein the automatically updating operation comprises generating multiple network maps based on multiple user entered changes.

**19**. The system of claim **12**, wherein the first time and the second time occur on a same day.

* * * * *

# Exhibit C

US010572545B2

(12) **United States Patent**
**Oh et al.**

(10) **Patent No.: US 10,572,545 B2**
(45) **Date of Patent: Feb. 25, 2020**

(54) **SYSTEMS AND METHODS FOR SEARCHING AND INDEXING DOCUMENTS COMPRISING CHEMICAL INFORMATION**

(71) Applicant: **PerkinElmer Informatics, Inc.**, Waltham, MA (US)

(72) Inventors: **Churl Oh**, Concord, MA (US); **David Gosalvez**, Pembroke, MA (US); **Pavel Khomiakov**, Acton, MA (US)

(73) Assignee: **PERKINELMER INFORMATICS, INC**, Waltham, MA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 235 days.

(21) Appl. No.: **15/474,865**

(22) Filed: **Mar. 30, 2017**

(65) **Prior Publication Data**

US 2018/0253426 A1 Sep. 6, 2018

**Related U.S. Application Data**

(60) Provisional application No. 62/466,764, filed on Mar. 3, 2017.

(51) **Int. Cl.**
***G06F 16/00*** (2019.01)
***G06F 16/93*** (2019.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. ***G06F 16/93*** (2019.01); ***G06F 16/22*** (2019.01); ***G06F 16/245*** (2019.01);
(Continued)

(58) **Field of Classification Search**
CPC ........ G06F 16/93; G06F 16/22; G06F 16/245; G06F 16/2425; G06F 16/3334; G06F 16/248; G16C 20/90; G16C 20/40
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,967,372 A 10/1990 Feldman
5,008,831 A 4/1991 Feldman
(Continued)

FOREIGN PATENT DOCUMENTS

CN 102165394 A 8/2011
EP 1526471 A1 4/2005
(Continued)

OTHER PUBLICATIONS

International Search Report, PCT/US2017/025126, (Systems and Methods for Searching and Indexing Documents Comprising Chemical Information filed Mar. 30, 2017) ISA/EPO, 4 pages, dated Oct. 25, 2017.
(Continued)

*Primary Examiner* — Hanh B Thai
(74) *Attorney, Agent, or Firm* — Banner & Witcoff, Ltd.

(57) **ABSTRACT**

Described herein are systems and methods that efficiently search for documents related to chemical structures of interest to a user. In certain embodiments, text data and chemical structure data provided in a user query are simultaneously searched with a text-based search method to efficiently produce search results. Subsequent structure-based searching on the results of the text-based search produces precise results for a particular user query. This approach increases the speed of the structure-based search by reducing the amount of data the structure-based search searches over. Additionally described herein are systems and methods for indexing document data in order to facilitate this efficient searching.

**21 Claims, 10 Drawing Sheets**



(51) **Int. Cl.**
***G06F 16/22*** (2019.01)
***G06F 16/245*** (2019.01)
***G06F 16/248*** (2019.01)
***G06F 16/242*** (2019.01)
***G16C 20/40*** (2019.01)
***G06F 16/33*** (2019.01)
*G16C 20/90* (2019.01)
*G16C 20/70* (2019.01)

(52) **U.S. Cl.**
CPC ........ ***G06F 16/248*** (2019.01); ***G06F 16/2425*** (2019.01); ***G06F 16/3334*** (2019.01); ***G16C 20/40*** (2019.02); *G16C 20/70* (2019.02); *G16C 20/90* (2019.02)

(58) **Field of Classification Search**
USPC .......................................... 707/722, 711, 741
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS


5,249,137 A 9/1993 Wilson et al.
5,386,507 A 1/1995 Teig et al.
5,434,971 A 7/1995 Lysakowski, Jr.
5,461,580 A 10/1995 Facci et al.
5,555,366 A 9/1996 Teig et al.
6,017,390 A 1/2000 Charych et al.
6,304,869 B1 10/2001 Moore et al.
6,434,490 B1 8/2002 Agrafiotis et al.
6,582,233 B1 6/2003 Clark
7,043,415 B1 5/2006 Dunlavey et al.
7,250,950 B2 7/2007 Smith et al.
7,613,574 B2 11/2009 Verseput
7,650,327 B2 1/2010 Remsen et al.
7,663,607 B2 2/2010 Hotelling et al.
7,676,499 B2 3/2010 Dorsett, Jr.
7,705,830 B2 4/2010 Westerman et al.
7,707,206 B2 4/2010 Encina et al.
7,805,437 B1 9/2010 Andersson et al.
7,912,689 B1 3/2011 Helson
8,296,670 B2 10/2012 Matthews et al.
8,407,578 B2 3/2013 Boyer et al.
8,433,723 B2 4/2013 Smith et al.
8,479,122 B2 7/2013 Hotelling et al.
8,538,983 B2 9/2013 Huang et al.
8,854,361 B1 10/2014 Smith
9,031,977 B2 5/2015 Smith et al.
9,047,267 B2 * 6/2015 Xie ...................... G06F 17/271
9,430,127 B2 8/2016 Smith et al.
9,535,583 B2 1/2017 Smellie et al.
2002/0049548 A1 4/2002 Bunin
2002/0051999 A1 5/2002 Sepetov et al.
2002/0107359 A1 8/2002 Hogarth et al.
2002/0161599 A1 10/2002 Faerman et al.
2003/0194687 A1 10/2003 Clark
2004/0003000 A1 1/2004 Smith et al.
2004/0006559 A1 * 1/2004 Gange .............. G06F 16/24578
2004/0006742 A1 1/2004 Slocombe
2004/0024493 A1 2/2004 Fagrell et al.
2004/0088118 A1 5/2004 Jensen et al.
2004/0122641 A1 6/2004 Miller et al.
2004/0171062 A1 9/2004 Hirth et al.
2004/0236740 A1 11/2004 Cho et al.
2004/0249791 A1 12/2004 Waters et al.
2005/0010603 A1 1/2005 Berks
2005/0094205 A1 5/2005 Lo et al.
2005/0102313 A1 5/2005 Levering et al.
2005/0123993 A1 6/2005 Brunner et al.
2005/0131894 A1 6/2005 Vuong
2005/0177280 A1 8/2005 Almstetter et al.
2005/0203898 A1 9/2005 Boyer et al.
2005/0212759 A1 9/2005 Marvit et al.
2005/0226495 A1 10/2005 Li
2006/0026521 A1 2/2006 Hotelling et al.
2006/0040322 A1 2/2006 Archetti et al.
2006/0061595 A1 3/2006 Goede et al.
2006/0123113 A1 6/2006 Friedman
2006/0277201 A1 12/2006 Dorsett
2007/0016853 A1 1/2007 Abagyan et al.
2007/0146347 A1 6/2007 Rosenberg
2007/0174765 A1 7/2007 Schleppenbach et al.
2007/0177803 A1 8/2007 Elias et al.
2007/0192747 A1 8/2007 Phelan et al.
2007/0250299 A1 10/2007 Paxson et al.
2007/0260583 A1 11/2007 Domine et al.
2007/0276636 A1 11/2007 Wythoff
2008/0004810 A1 1/2008 Boyer et al.
2008/0021798 A1 * 1/2008 Achten .................. G06Q 40/12
705/30
2008/0036743 A1 2/2008 Westerman et al.
2008/0059417 A1 * 3/2008 Yamada .................. G06F 16/81
2008/0136785 A1 6/2008 Baudisch et al.
2008/0140616 A1 6/2008 Encina et al.
2008/0165140 A1 7/2008 Christie et al.
2008/0213663 A1 9/2008 Hu et al.
2008/0228774 A1 9/2008 Hamilton et al.
2008/0234135 A1 9/2008 Ghosh et al.
2008/0234996 A1 9/2008 Ghosh et al.
2008/0309632 A1 12/2008 Westerman et al.
2009/0006411 A1 1/2009 Lele et al.
2009/0019015 A1 * 1/2009 Hijikata ................ G06F 16/951
2009/0063427 A1 3/2009 Zuta et al.
2009/0171975 A1 7/2009 McConnell et al.
2009/0217164 A1 8/2009 Beitle et al.
2009/0244015 A1 10/2009 Sengupta et al.
2009/0273571 A1 11/2009 Bowens
2009/0278806 A1 11/2009 Duarte et al.
2009/0288044 A1 11/2009 Matthews et al.
2010/0060588 A1 3/2010 Fong
2010/0079369 A1 4/2010 Hartmann et al.
2010/0137027 A1 6/2010 Kim
2010/0156812 A1 6/2010 Stallings et al.
2010/0257457 A1 10/2010 De Goes
2010/0281030 A1 * 11/2010 Kusumura ............ G06F 16/313
707/741
2011/0055696 A1 3/2011 Dollar et al.
2011/0072339 A1 3/2011 Boyer et al.
2011/0163944 A1 7/2011 Bilbrey et al.
2011/0221656 A1 9/2011 Haddick et al.
2011/0276589 A1 * 11/2011 Smith ................ G06K 9/00476
707/769
2012/0019488 A1 1/2012 McCarthy
2012/0078853 A1 3/2012 Huang et al.
2012/0109972 A1 5/2012 Boyer et al.
2012/0110486 A1 5/2012 Sirpal et al.
2012/0154440 A1 6/2012 Nicholls et al.
2012/0173622 A1 7/2012 Toledano et al.
2012/0185513 A1 7/2012 Samukawa
2012/0188147 A1 7/2012 Hosein et al.
2012/0216153 A1 8/2012 Sip
2012/0233185 A1 * 9/2012 Najjar .............. G06F 16/90344
707/752
2012/0246228 A1 9/2012 Udezue et al.
2012/0284638 A1 11/2012 Cutler et al.
2012/0311038 A1 12/2012 Trinh et al.
2012/0324368 A1 12/2012 Putz et al.
2013/0044042 A1 2/2013 Olsson et al.
2013/0061163 A1 3/2013 Clark et al.
2013/0218878 A1 8/2013 Smith et al.
2013/0222265 A1 8/2013 Smith et al.
2013/0297058 A1 11/2013 Griffith et al.
2014/0042670 A1 2/2014 Pettis et al.
2014/0046643 A1 2/2014 Paxson et al.
2014/0082015 A1 3/2014 Huang et al.
2014/0089329 A1 3/2014 Kozloski et al.
2014/0173475 A1 6/2014 Smellie et al.
2014/0173476 A1 6/2014 Smellie et al.
2014/0267240 A1 9/2014 Smith
2014/0282106 A1 9/2014 Smith et al.
2014/0301608 A1 10/2014 Karthikeyan
2014/0336807 A1 11/2014 Smith et al.
2014/0337725 A1 11/2014 Smith et al.
2015/0051889 A1 2/2015 Ohrn et al.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2015/0112604 A1 4/2015 Smith
2015/0121199 A1* 4/2015 Wu .................... G06F 17/2247 715/239
2015/0142730 A1 5/2015 Dakshanamurthy et al.
2015/0199797 A1 7/2015 Palo
2016/0299888 A1* 10/2016 Wu .................... G06F 17/2247

FOREIGN PATENT DOCUMENTS

EP 1613009 A1 1/2006
EP 2224389 A1 9/2010
EP 2567338 A1 3/2013
GB 2493830 A 2/2013
WO WO-01/08032 A2 2/2001
WO WO-2007092842 A2 8/2007
WO WO-2008/004049 A2 1/2008
WO WO-2011/041427 A2 4/2011
WO WO-2011/140148 A1 11/2011
WO WO-2012/068548 A1 5/2012
WO WO-2013/126077 A1 8/2013
WO WO-2014/163777 A1 10/2014

OTHER PUBLICATIONS

Textco Biosoftware, Inc., Gene Inspector 2.0 Tutorials and User Manual, 24 pages (2012).
Tönnies, S. et al., Taking Chemistry to the Task—Personalized Queries for Chemical Digital Libraries, Digital Libraries, ACM, pp. 325-334 (2011).
Various Authors: Chemical Database—Wikipedia, Wikipedia on line encyclopedia, [retrieved from the Internet: URL:https://en.wikipedia.org/w/index.php?title-Chemical_database&oldid=732531151 [retrieved on Oct. 16, 2017] pp. 1-6 (2016).
Written Opinion, PCT/US2017/025126, (Systems and Methods for Searching and Indexing Documents Comprising Chemical Information filed Mar. 30, 2017) ISA/EPO, 8 pages, dated Oct. 25, 2017.
"Introduction to Drawing (iPhone)", http://molmatinf.com/introdrawios.html, Molecular Materials Informatics, Inc., Dec. 9, 2010, retrieved by Archive.org as https://web.archive.org/web/20120413131358/http://molmatinf.com/introdrawios.html on Apr. 13, 2012.
"Overview of Drawing Gestures (iPhone)", http://molmatinf.com/gesturesios.html, Molecular Materials Informatics, Inc., Nov. 3, 2010, retrieved by Archive.org as https://web.archive.org/web/20100118005114/http://molmatinf.com/gesturesios.html on Nov. 18, 2010.
Algorri et al., Reconstruction of Chemical Molecules from Images, 2007 Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC '07), Lyon, France, Aug. 22-26, 2007, in Conjunction with the Biennial Conference of the Societe Francaise de Genie Biologique et Medical (SFGB), Aug. 22, 2007, pp. 4609-4612.
Bennett, Samsung's AllShare Play pushes pictures from phone to cloud and TV, <http://news.cnet.com/8301-1035_3-57391735-94/samsungs-allshare-play-pushes-pictures-from-phone-to-cloud-and-tv/> [retrieved Oct. 24, 2013], Mar. 6, 2012, 9 pages.
Cambridgesoft, Inc., Chem & Bio Draw, Version 12.0, 24 pages, 2009.
Cambridgesoft, Inc., ChemDraw User's Guide, Version 9.0.1, 23 pages, 2004.
Carmigniani, J. et al., Augmented Reality Technologies, Systems and Applications, Multimedia Tools and Applications 51:341-377, (2011).
Casey et al., Optical Recognition of Chemical Graphics, Document Analysis and Recognition, 1993, Proceedings of the Second International Conference on, Tsukuba Science City, Japan, Oct. 20-22, 1993, Los Alamitos, CA, USA, IEEE Comput. Soc., Oct. 20, 1993, pp. 627-631.
Chemistry World, Mobile chemistry—chemistry in your hands and face, 21 pages (2010), retrieved on Feb. 23, 2017 ,www.chemistryworld.com/opinion/comment/1014923.article>, paragraphs [0019] and [0020] and fig. 1.
ChemJuice Grande-Basic Structure Drawing, printout page of YouTube video posting from IOBS at http://www.youtube.com/watch?v=mKOcC5bLzdO, <http://www.youtube.com/watch?v=mKOcC5bLzdO>uploaded Oct. 3, 2011, printed May 18, 2015, 2 pages.
Chinese First Office Action, Application No. 201190000597.X, dated May 29, 2013, 4 pages Including Translation.
Clark A. M., Basic Primitives for Molecular Diagram Sketching, Journal of Cheminformatics 2:8 (2010).
Filippov et al., Optical Structure Recognition Software to Recover Chemical Information: OSRA, An Open Source Solution, Journal of Chemical Information and Modeling, vol. 49, No. 3, Mar. 23, 2009, pp. 740-743.
Flick—Simply the easiest way to share, <http://getflick.io/> [retrieved Aug. 23, 2013], 4 pages.
Furlon, Rod, Build Your Own Google Glass, Resources Hands On, IEEE Spectrum, IEEE Inc., vol. 50, No. 1, pp. 20-21, (Jan. 1, 2013).
Giudice N. A. et al., Learning Non-Visual Graphical Information Using a Touch-Based Vibro-Audio Interface, Proceedings of the 14th International ACM SIGACCESS Conference on Computers and Accessibility, Assets '12, 103-110 (Jan. 1, 2012).
Gonzalez-Villanueva et al., WallShare: A Collaborative Multi-pointer System for Portable Devices, Nov. 19, 2012, 7 pages.
iTunes Preview, Flick for iPhone, iPad, and iPod touch on the iTunes App Store, <https://itunes.apple.com/us/app/flick./id644265534?mt=8> [retrieved Oct. 28, 2013], 2 pages.
Jenny. 3D-Printed Enzyme—Proof of Concept, retrieved Jan. 17, 2017 from <https://caretdashcaret.com/2012/10/31/3d-printed-enzyme-proof-of-contept>, 5 pages (2012).
Jurach, T., Microsoft Outlook Quick Start Email Guide!, 1-3 (2006).
Kawakami, M., A soft and transparent handleable protein model, Review of Scientific Instruments 83:084303-1-7 (2012).
Kim et al., Development of a Gesture-Based Molecular Visualization Tool Based on Virtual Reality for Molecular Docking, Bull. Korean Chem. Soc. 2004, vol. 25, No. 10, pp. 1571-1574.
Klekota, J. et al., Query Chem: a Google-powered web search combining text and chemical structures, Bioinformatics Applications Note, 22(13):1670-1673 (2006).
Layar, What is Layar?, <http://www.layar.com/features/> [retrieved Nov. 14, 2012], 7 pages.
IDBS Makes Chemical Structure Drawing Mobile, Press Release, ID Business Solutions, Ltd., 2 pages, Dec. 9, 2009.
Li et al., Personal Experience with Four Kinds of Chemical Structure Drawing Software: Review on ChemDraw, ChemWindow, ISIS/Draw, and ChemSketch, J. Chem. Inf. Comput. Sci. 44:1886-1890 (2004).
Logtenberg, Jeroen, Multi-user interaction with molecular visualizations on a multi-touch table, MSc thesis, Human Media Interaction Group, University of Twente, 48 pages, Aug. 11, 2009.
Lorensen et al., Marching Cubes: A high resolution 3D surface construction algorithm. In: Computer Graphics, vol. 21, Nr. 4, Jul. 1987.
Lucero et al., Pass-Them-Around: Collaborative Use of Mobile Phones for Photo Sharing, CHI 2011—Session: Photo Sharing, May 7-11, 2011, Vancouver, BC, Canada, 10 pages.
Mills, Nancy, ChemDraw Ultra 10.0, Journal of American Chemical Society, 128(41):13649-13650, 2006.
Mobile Molecular DataSheet, http://molmatinf.com/mmdsios.html, <http://molmatinf.com/mmdsios.html>Molecular Materials Informatics, Inc., Sep. 23, 2011, retrieved by Archive.org as https://web.archive.org/web/20120403140454/http:l/molmatinf.com/mmdsios.html on Apr. 3, 2012, 4 pages.
MoiPrime+, http://molmatinf.com/molprimeplus.html, <http://molmatinf.com/molprimeplus.html>Molecular Materials Informatics, Inc., Jan. 23, 2011, 13 pages.
openmolecules.org, DataWarrior User Manual, Molecule Similarity and Descriptors, 4 pages, retrieved Jan. 31, 2017, <http://www.openmolecules.org/help/similarity.html>.
Park et al., Automated Extraction of Chemical Structure Information From Digital Raster Images, Chemistry Central Journal, Biomed Central Ltd., vol. 3, No. 1, Feb. 5, 2009, pp. 1-16.

(56) **References Cited**

OTHER PUBLICATIONS

Park et al., Tunable Machine Vision-Based Strategy for Automated Annotation of Chemical Databases, Journal of Chemical Information and Modeling, vol. 49, No. 8, 2009, pp. 1993-2001.
Pering et al., Enabling Pervasive Collaboration with Platform Composition, Intel Research Santa Clara, 2009, 18 pages.
Pering et al., Spontaneous Marriages of Mobile Devices and Interactive Spaces, Communications of the ACM, Sep. 2005, vol. 48, No. 9, pp. 53-59, 7 pages.
Phlegmatic prototyping, 6 pages (2012), retrieved Jan. 17, 2017 from <http://phlegmatic-protyting.tumblr.com/post/20488949350/printing-a-molecule-part-1>.
Purdue University, Identifying, Indexing, and Ranking Chemical Formulae and Chemical Names in Digital Text, 35 pages.
Scheible et al., MobiToss: A Novel gesture based interface for creating and sharing mobile multimedia art on large public displays, MM'08, Oct. 26-31, 2008 Vancouver British Columbia, Canada, pp. 957-960, 4 pages.
Shine et al., ChemPad3 a tutorial, May 21, 2008, 10 pages.
Smellie, Andrew, Compressed Binary Bit Trees: A New Data Structure for Accelerating Database Searching, J. Chem. Inf. Model., 49:257-262 (2009).
Toennies J. L. et al., Toward Haptic/Aural Touchscreen Display of Graphical Mathematics for the Education of Blind Students, WHC, IEEE, 373:378 (2011).
Tsotsis, Word Lens Translates Words Inside of Images. Yes Really., <http://techcrunch.com/2010/12/16/world-lens-translates-words-inside-of-images-yes-really/> [retrieved Nov. 14, 2012], Dec. 16, 2010, 3 pages.
Valko et al., CLiDE Pro: The Latest Generation of CLiDE, a Tool for Optical Chemical Structure Recognition, Journal of Chemical Information and Modeling, vol. 94, No. 4, Apr. 27, 2009, pp. 780-787.
Van Der Waals Radius of the elements, retrieved from http://periodictable.com/Properties/A/VanDerWaalsRadius.v.html, May 22, 2008.
Waterman, P. J., Preparing 3D Models, 6 pages (2012), retrieved Jan. 17, 2017 from <http://www.digitaleng.news/de/preparing-3d-models/>.
Weinberg et al., ZooZBeat: a Gesture-based Mobile Music Studio, NIME 2009, pp. 312-315, 4 pages.
Williams et al., Smart Phones, a Powerful Tool in the Chemistry Classroom, Journal of Chemical Education, 2011, pp. 683-686.
Williams, A. J. et al., Mobile apps for chemistry in the world of drug discovery, Drug Discovery Today, 16(21/22):928-939 (2011).
Wobbrock et al., User-Defined Gestures for Surface Computing, CHI—Tabletop Gestures, Apr. 7, 2009, pp. 1083-1092.

* cited by examiner


100
DOCUMENT DATA
110
CHEMICAL STRUCTURE DATA
120
STRING TAGS
130
TEXT DATA
140
METADATA
150
BIT-SCREENING DATA
160
CONNECTION DATA

FIG. 1


200
RECEIVE DOCUMENT DATA COMPRISING CHEMICAL STRUCTURE DATA
210
IDENTIFY OR EXTRACT BIT-SCREENING DATA AND CONNECTION DATA IN THE CHEMICAL STRUCTURE DATA
220
GENERATE STRING TAG FROM BIT-SCREENING DATA
230
ASSOCIATE STRING TAG WITH DOCUMENT DATA
240
OUTPUT THE STRING TAG
250

FIG. 2


300
USER QUERY
310
CHEMICAL STRUCTURE DATA
320
TEXT DATA
330
STRING TAGS
340
BIT-SCREENING DATA
350
CONNECTION DATA

FIG. 3


400
RECEIVE USER QUERY COMPRISING TEXT DATA
410
QUERY DATABASE COMPRISING DOCUMENT DATA AUGMENTED WITH STRING TAGS USING TEXT-BASED SEARCH METHOD
420
OUTPUT TEXT-BASED SEARCH RESULTS
430

FIG. 4


500
RECEIVE USER QUERY COMPRISING TEXT DATA AND CHEMICAL STRUCTURE DATA
510
EXTRACT CHEMICAL STRUCTURE DATA FROM USER QUERY
520
GENERATE STRING TAG(s) FROM CHEMICAL STRUCTURE DATA
530
AUGMENT USER QUERY WITH STRING TAG(s)
540
TEXT-BASED SEARCH USING AUGMENTED USER QUERY AND DOCUMENT DATA
550
OUTPUT TEXT-BASED SEARCH RESULTS
560

FIG. 5


600
RECEIVE USER QUERY COMPRISING TEXT DATA AND CHEMICAL STRUCTURE DATA
610
EXTRACT CHEMICAL STRUCTURE DATA FROM USER QUERY
620
GENERATE STRING TAG(s) FROM CHEMICAL STRUCTURE DATA
630
AUGMENT USER QUERY WITH STRING TAG(s)
640
TEXT-BASED SEARCH USING AUGMENTED USER QUERY AND DOCUMENT DATA
650
STRUCTURE-BASED SEARCH USING CHEMICAL STRUCTURE DATA IN USER QUERY AND TEXT-BASED SEARCH RESULTS
670
OUTPUT REFINED SEARCH RESULTS
680

FIG. 6



1. INPUT DOCUMENT
1. SEARCH QUERY
ChemSearch SERVICE
API LAYER
SWAGGER API / RxJava
DOCUMENT PERSISTENCE & SEARCHING
SEARCH PROVIDER INTERFACE
STAND-ALONE
ATTIVIO SEARCH
ELASTIC SEARCH
JVM
2. PERSISTANCE
2. SEARCH REQUEST
3. INDEXING
5. INDEXING FULL TEXT & STRUCTURE AUGMENT-ATION
ELASTICSEARCH-BASED ADVANCED SEARCH SERVICE
API LAYER
SWAGGER API / RxJava
ChemSearch CORE ENGINE
JNI
CoreChemistry C++ Lib
JVM
3. CHEMICAL STRUCTURE AUGMENTATION FOR SEARCH
4. CHEMICAL STRUCTURE AUGMENTATION FOR INDEXING
4. SEARCHING W/ FULL TEXT & STRUCTURE AUGMENTATION
5. ABAS SEARCH
ELASTICSEARCH
ELASTICSEARCH
ELASTIC REST API
SEARCH ENGINE
NATIVE SCRIPT SCORING PLUGIN API
ChemSearch CORE ENGINE
JNI
CoreChemistry C++ Lib
JVM


FIG. 7


800
802
804
820
856
858
810
830
842
844
852
854
860
Query
Results
Create a New Set of Search Results
Reaction Query
Text
Look in...
Everywhere
Metadata
Experiment Title:
User Full Name:
Project Name:
SOP:
Key Words:
Cholesterol
Location:
Reaction
Substructure
Map Reaction Centers
OH
O
O
N
NH
F
Reactants
Reactant
Eq.
Moles
Mass
Vol
Solvents
Name
Vol
Products
Product
Theo. Moles
Purity
Yield
> 90%
Reaction Conditions
Temperature:
Pressure:
Preparation

FIG. 8


900
Resource Provider B
902b
Resource Provider A
902a
Resource Provider C
902c
Network
908
Resource Manager
906
Computing Device(s)
904a
904c
904b

FIG. 9


1000
1002
1004
1006
1008
1010
1012
1014
1016
1020
1024
1050
1052
1054
1056
1058
1060
1062
1064
1066
1068
1070
1072
1074
1080
1082

FIG. 10

# SYSTEMS AND METHODS FOR SEARCHING AND INDEXING DOCUMENTS COMPRISING CHEMICAL INFORMATION

## RELATED APPLICATIONS

This application claims priority to and the benefit of U.S. Provisional Patent Application No. 62/466,764 entitled "Systems and Methods for Searching and Indexing Documents Comprising Chemical Information" and filed on Mar. 3, 2017, the contents of which is hereby incorporated by reference in its entirety.

## FIELD OF INVENTION

This invention relates generally to systems and methods for efficiently searching and indexing documents comprising chemical information.

## BACKGROUND

Chemical structures are typically represented in documents using graphical notations to provide a reader with a more complete understanding of relevant chemical information. For example, a chemical structure may be drawn using a representation such as a Lewis structure, skeletal formula, Newman projection, sawhorse projection, or Fischer projection, amongst others. A chemical structure may also be represented by a condensed formula that omits certain commonly understood constituent elements (e.g., bonds or terminal hydrogens) to simplify the overall representation of the structure. Graphical representations of chemical structures may be presented in documents in various contexts, for example, to illustrate the roles of corresponding chemicals in a chemical reaction, to describe a reaction product, or to provide a comparison between structurally similar, but chemically distinct entities. Frequently, the graphical representation of a chemical structure represents the key information in a document that identifies the chemical as relevant to a user for a particular desired purpose.

In order to reproduce chemical structures in a document, a range of standard formats are used to efficiently store the chemical structure data. One type of format uses connection tables, adjacency matrices, or similar data structures to relate atoms and bonds as edges and nodes. Another type of format uses linear string notations based on depth first or breadth first traversal. The use of standardized data formats for storing chemical structure data enables algorithmic searching of the data. Furthermore, chemical structure data in standard formats can be indexed with a document in a database.

A user will commonly perform a search of a database of documents to identify documents that refer to one or more relevant chemical structures. The user must enter an input that is capable of being compared to the chemical structures stored in the database of documents. The user may enter a query by providing chemical structure data or a characteristic name, such as one according to the International Union of Pure and Applied Chemistry (IUPAC) conventions. The user-provided input is converted to a standard format used to store chemical structure data in the database and compared against chemical structure data contained within indexed documents using a variety of techniques.

Generally, documents in a database responsive to a user's search are identified by determining similarity between chemical structures in the documents and the user provided input using graph-theory-based algorithmic approaches.



Frequently, similarity is established by determining whether fragments (e.g., constituent elements) of the user-provided input structure are present in chemical structures in the documents. This may be done, for example, using a binary fingerprint of the chemical structure. If a sufficient number or proportion of fragments identified in the user's input are present in a chemical structure in a document, then similarity is established. The similarity may be used to screen out unrelated documents before searching the chemical structures in unscreened documents using an atom-by-atom comparison to establish the search results provided to the user. Alternatively, all documents containing chemical structures whose similarity to the search input exceeds a threshold may be provided as search results to the user.

Various algorithms have modified this basic approach of establishing similarity in order to accelerate search speed, such as the class of algorithms using hashed fingerprints. Accelerated search methods are necessary for efficiently searching for large molecules and/or searching in large datasets. When a database contains a very large number of documents comprising chemical structures, searching for relevant documents is cumbersome, as each chemical structure in every document must be searched against for similarity to the input structure. Such searches are slow and resource-intensive.

A user may only be interested in a subset of all possibly relevant documents based on some criteria other than the chemical structure alone. For example, the user may be interested in chemical structures related to input structures that have certain desirable properties, that may be synthesized with certain yields, or that exhibit certain reactivities. These additional search limitations are most conveniently provided by the user as text that may be used to search any text data in documents of a particular database. In order to search for both the user's input chemical structure and any additionally-provided text, one search for the chemical structure and one search for the text must be run sequentially.

The use of sequential searching does not significantly accelerate the searching of very large databases. A standard chemical structure search may be performed first to establish a set of potentially relevant documents based on the chemical structure input followed by a search of that set for documents containing the text search terms. However, this approach may be no faster than a search that does not contain any additional text terms. Performing a search for documents containing user input text terms first will quickly eliminate some documents from the set of potentially relevant documents. However, many search terms a user may input will not significantly reduce the number of potentially relevant documents so as to significantly accelerate the speed of the search. For example, if a user is searching for documents with related structures where reaction yields are over 90%, the set of documents where reaction yields are over 90% will still include a very large number of documents with unrelated chemical structures.

There is a need for systems and methods to more efficiently search large databases of documents referring to chemicals based on user-provided input. Additionally, there is a need for systems and methods to index a database of documents referring to chemicals for more efficient searching.

## SUMMARY

Described herein are systems and methods that efficiently search for documents related to chemical structures of

interest to a user. In certain embodiments, text data and chemical structure data provided in a user query are simultaneously searched with a text-based search method to efficiently produce search results. Subsequent structure-based searching on the results of the text-based search produces precise results for a particular user query. This approach increases the speed of the structure-based search by reducing the amount of data the structure-based search searches over. Additionally described herein are systems and methods for indexing document data in order to facilitate this efficient searching.

Searching chemical structure data (e.g., in a document's data or a user query) using structure-based searching methods is time and resource intensive, while text-based search methods are comparatively fast. In order to search chemical structure data using text-based search methods, the chemical structure data must be augmented or converted to text data (e.g., a string). String tags can be used that identify, classify, and/or describe the chemical structure or any of its constituent elements corresponding to the chemical structure data. By generating string tags for chemical structure data, chemical structure data can be searched over and/or searched with using a fast text-based method. Thus, during indexing, chemical structure data in document data is augmented to include string tags for use in subsequent text-based searches. User queries consisting of or comprising chemical structure data can be augmented to comprise string tags to enable text-based searching with the user query.

In a database of indexed document data augmented with string tags based on chemical structure data therein, the chemical structure data and text data of the indexed document data may be simultaneously searched. A user may provide a query that consists of both chemical structure data and text data. Fast and efficient text-based search methods may be employed to perform the simultaneous search in order to identify a set of documents that are relevant to the user query. Text-based search methods may be used to search chemical structure data where chemical structure data are identified by their associated string tags. Simultaneously searching chemical structures and text using text-based methods narrows the set of potentially relevant documents efficiently by simultaneously excluding documents that contain neither the chemical structure data nor text data of a user query. The set of relevant documents resulting from the text-based search may be provided to the user for further use.

In certain embodiments, a structure-based search of the chemical structure data in the relevant document data resulting from the text-based search may be performed to further refine the search results before providing them to the user. The structure-based search may use any structure-based method to search the relevant chemical structure data. In certain embodiments, the structure-based search is an atom-by-atom search method. The structure-based search refines the set of documents resulting from the text-based search to include only documents related to chemical structures that meet a threshold of similarity to the chemical structure input by the user. The refined search results may be provided to the user for viewing. By first employing a text-based search that simultaneously searches text data and chemical structure data, the structure-based search is performed on a smaller amount of document data in the database, thus improving efficiency.

In one aspect, the present invention is directed to a method for searching a set of documents comprising chemical information, the method comprising the steps of: (a) receiving, by a processor of a computing device, a user



query comprising user-input chemical structure data and text data (e.g., alphanumeric data), wherein the text data and the user-input chemical structure data correspond to at least one chemical structure; (b) identifying or extracting, by the processor, bit-screening data and connection data from the user-input chemical structure data, wherein the bit-screening data correspond to one or more constituent elements of the at least one chemical structure, and the connection data correspond to one or more connections (e.g., interactions, bonds) between a plurality of the one or more constituent elements; (c) augmenting, by the processor, the user query by generating one or more string tags based on at least a portion of the bit-screening data, such that the augmented user query comprises the one or more string tags, wherein the one or more string tags comprise a sequence of alphanumeric characters for describing the at least one chemical structure; (d) querying, using a text-based search method, by the processor, a database comprising document data corresponding to the set of documents, wherein querying comprises correlating at least a portion of the augmented user query with the document data to generate one or more text-based search results; and (e) optionally, outputting, by the processor, the one or more text-based search results.

In certain embodiments, the method comprises converting, by the processor, the bit-screening data and the connection data to one or more strings. In certain embodiments, the method further comprises the steps of: (f) searching, using a structure-based search method, subsequent to the querying step, by the processor, the one or more text-based search results by correlating at least a portion of the user-input chemical structure data with relevant chemical structure data of the one or more text-based search results to generate one or more refined search results, wherein the one or more text-based search results correspond to filtered document data comprising the relevant chemical structure data; and (g) outputting, by the processor, (e.g., rendering for display, or outputting to another processor for rendering for display) the one or more refined search results. In certain embodiments, the structure-based search method uses string data as input (e.g., is performed using a text search engine). In certain embodiments, the structure-based search comprises an atom by atom search.

In certain embodiments, at least one of the one or more string tags comprises natural language text.

In certain embodiments, the querying step (d) comprises generating, by the processor, the one or more text-based search results using a relevance search. In certain embodiments, the relevance search is a hit-scoring search.

In certain embodiments, step (f) comprises: combining, by the processor, the relevant chemical structure data of the one or more text-based search results into a minimum spanning tree; storing, by the processor, the minimum spanning tree on a non-transitory computer readable medium; and searching, by the processor, the minimum spanning tree.

In certain embodiments, the user-input chemical structure data correspond to a substructure or complete structure of the at least one chemical structure.

In certain embodiments, the document data corresponding to the set of documents have been augmented to comprise one or more indexing string tags. In certain embodiments, the querying step comprises correlating the at least a portion of the augmented user query with at least one of the one or more indexing string tags.

In another aspect, the present invention is directed to a method for searching a set of documents comprising chemical information, the method comprising the steps of: (a) receiving, by a processor of a computing device, a user

query comprising user-input chemical structure data (e.g., binary data), wherein the user-input chemical structure data correspond to at least one chemical structure; (b) identifying or extracting, by the processor, bit-screening data and connection data from the user-input chemical structure data, wherein the bit-screening data correspond to one or more constituent elements of the at least one chemical structure, and the connection data correspond to one or more connections (e.g., interactions, bonds) between a plurality of the one or more constituent elements; (c) augmenting, by the processor, the user query by generating one or more string tags based on at least a portion of the bit-screening data and, optionally, generating one or more encoded strings based on at least a portion of the connection data, such that the augmented user query comprises the one or more string tags, wherein the one or more string tags comprise a sequence of alphanumeric characters for describing the at least one chemical structure; (d) querying, using a text-based search method, by the processor, a database comprising document data corresponding to the set of documents, wherein querying comprises correlating at least a portion of the augmented user query with the document data to generate one or more text-based search results; and (e) optionally, outputting, by the processor, the one or more text-based search results. In certain embodiments, the method further comprises the step of: converting, by the processor, the bit-screening data and the connection data to one or more strings.

In certain embodiments, the method further comprises the steps of: (f) searching, using a structure-based search method, subsequent to the querying step, by the processor, the one or more text-based search results by correlating at least a portion of the user-input chemical structure data with relevant chemical structure data of the one or more text-based search results to generate one or more refined search results, wherein the one or more text-based search results correspond to filtered document data comprising the relevant chemical structure data; and (g) outputting, by the processor, (e.g., rendering for display, or outputting to another processor for rendering for display) the one or more refined search results.

In certain embodiments, the structure-based search method uses string data as input (e.g., is performed using a text search engine). In certain embodiments, at least one of the one or more string tags comprises natural language text. In certain embodiments, the structure-based search comprises an atom by atom search.

In certain embodiments, the querying step (d) comprises generating, by the processor, the one or more text-based search results using a relevance search. In certain embodiments, the relevance search is a hit-scoring search.

In certain embodiments, step (f) comprises: combining, by the processor, the relevant chemical structure data of the one or more text-based search results into a minimum spanning tree; storing, by the processor, the minimum spanning tree on a non-transitory computer readable medium; and searching, by the processor, the minimum spanning tree.

In certain embodiments, the user-input chemical structure data correspond to a substructure or complete structure of the at least one chemical structure.

In certain embodiments, the document data corresponding to the set of documents have been augmented to comprise one or more indexing string tags. In certain embodiments, the querying step comprises correlating the at least a portion of the augmented user query with at least one of the one or more indexing string tags.

In another aspect, the present invention is directed to a method for text-based searching a set of indexed documents comprising chemical information, the method comprising the steps of: (a) receiving, by a processor of a computing device, a user query comprising text data (e.g., alphanumeric data), wherein the text data comprise a sequence of alphanumeric characters that describe at least one chemical structure; (b) querying, using a text-based search method, by the processor, a database comprising document data corresponding to the set of indexed documents, the document data having been augmented to include one or more index string tags, wherein querying comprises correlating at least a portion of the text data of the user query with the one or more index string tags to generate one or more text-based search results, wherein the one or more index string tags comprise a sequence of alphanumeric characters for describing the at least one chemical structure; and (c) outputting, by the processor, (e.g., rendering for display, or outputting to another processor for rendering for display) the one or more text-based search results. In certain embodiments, the one or more index string tags comprise natural language text.



In certain embodiments, the querying step comprises generating, by the processor, the one or more text-based search results using a relevance search. In certain embodiments, the relevance search is a hit-scoring search.

In another aspect, the present invention is directed to a method for indexing a document to facilitate chemical structure searching, the method comprising the steps of: receiving, by a processor of a computing device, document data corresponding to the document, wherein the document data comprise chemical structure data corresponding to a chemical structure; identifying or extracting, by the processor, bit-screening data and connection data in the chemical structure data, wherein the bit-screening data correspond to one or more constituent elements of the chemical structure, and the connection data correspond to connections (e.g., interactions, bonds) between the one or more constituent elements; generating, by the processor, a string tag based on at least a portion of the identified bit-screening data, the string tag comprising an alphanumeric value for describing the chemical structure that corresponds to the chemical structure data (e.g., for use in querying for documents comprising the chemical structure data); optionally, generating, by the processor, an encoded string based on at least a portion of the connection data; associating, by the processor, the string tag with the chemical structure data or the document data; and outputting, by the processor, the string tag (e.g., for storage on a non-transitory computer readable medium). In certain embodiments, the method comprises the step of: converting, by the processor, the bit-screening data and the connection data to one or more strings. In certain embodiments, the string tag comprises natural language text.

In certain embodiments, the method comprises the step of augmenting, by the processor, the document data, wherein the augmented document data comprise the string tag. In certain embodiments, the method comprises the step of storing, by the processor, the string tag on a second non-transitory computer readable medium. In certain embodiments, the method comprises indexing the string tag.

In certain embodiments, the document data comprise metadata. In certain embodiments, the metadata comprise a unique ID and a bucket ID (e.g., wherein the bucket ID is used to identify tenant in a multi-tenant system). In certain embodiments, the method comprises the step of: persisting, by the processor, the metadata (e.g., during the method for indexing the document).

In certain embodiments, the method comprises converting the connection data to one or more encoded strings. In certain embodiments, the connection data is stored, but not indexed.

In another aspect, the present invention is directed to a method for searching a set of indexed documents comprising chemical information using sequential searches, the method comprising the steps of: (a) receiving, by a processor of a computing device, a user query comprising user-input chemical structure data and text data; (b) querying, using a text-based search method, by the processor, a database comprising document data corresponding to the set of indexed documents, wherein querying comprises correlating at least a portion of the user-input chemical structure data with the document data (e.g., by augmenting or converting the chemical structure data prior to correlating with the document data) and at least a portion of the text data of the user query with the document data to generate filtered document data; (c) searching, using a structure-based search method, subsequent to the querying step, by the processor, the filtered document data, wherein searching comprises correlating at least a portion of user-input chemical structure data with relevant filtered chemical structure data in the filtered document data to generate one or more search results; and (d) outputting, by the processor, (e.g., rendering for display, or outputting to another processor for rendering for display) the one or more search results. In certain embodiments, the method comprises the step of: converting, by the processor, the chemical structure data to one or more strings.

In certain embodiments, the structure-based search method uses string data as input (e.g., is performed using a text search engine).

In certain embodiments, the method comprises the step of: augmenting, prior to step (b), by the processor, the user query by generating one or more string tags such that the augmented user query comprises the one or more string tags, wherein the one or more query string tags describe a chemical structure. In certain embodiments, step (b) comprises correlating at least one of the one or more string tags with the document data.

In certain embodiments, the document data comprise one or more index string tags. In certain embodiments, step (b) comprises correlating at least a portion of the text data with the one or more index string tags.

In another aspect, the present invention is directed to a system for searching a set of documents comprising chemical information, the system comprising: a processor; and a non-transitory computer readable medium having instructions stored thereon, wherein the instructions, when executed by the processor, cause the processor to: (a) receive, by the processor, a user query comprising user-input chemical structure data and text data (e.g., alphanumeric data), wherein the text data and the user-input chemical structure data correspond to at least one chemical structure; (b) identify, by the processor, bit-screening data and connection data from the user-input chemical structure data, wherein the bit-screening data correspond to one or more constituent elements of the at least one chemical structure, and the connection data correspond to one or more connections (e.g., interactions, bonds) between a plurality of the one or more constituent elements; (c) augment, by the processor, the user query by generating one or more string tags based on at least a portion of the bit-screening data, such that the augmented user query comprises the one or more string tags, wherein the one or more string tags comprise a sequence of alphanumeric characters for describing the at least one chemical structure; (d) query, using a text-based search method, by the processor, a database comprising document data corresponding to the set of documents, wherein querying comprises correlating at least a portion of the augmented user query with the document data to generate one or more text-based search results; and (e) optionally, output, by the processor, the one or more text-based search results. In certain embodiments, the instructions, when executed by the processor, cause the processor to: convert, by the processor, the bit-screening data and the connection data to one or more strings.



In certain embodiments, the instructions, when executed by the processor, further cause the processor to: (f) search, using a structure-based search method, subsequent to the querying step, by the processor, the one or more text-based search results by correlating at least a portion of the user-input chemical structure data with relevant chemical structure data of the one or more text-based search results to generate one or more refined search results, wherein the one or more text-based search results correspond to filtered document data comprising the relevant chemical structure data; and (g) output, by the processor, (e.g., rendering for display, or outputting to another processor for rendering for display) the one or more refined search results.

In certain embodiments, the structure-based search method uses string data as input (e.g., is performed using a text search engine). In certain embodiments, at least one of the one or more string tags comprises natural language text.

In certain embodiments, the structure-based search comprises an atom by atom search. In certain embodiments, the instructions, when executed by the processor, cause the processor to generate, by the processor, the one or more text-based search results using a relevance search. In certain embodiments, the relevance search is a hit-scoring search.

In certain embodiments, the instructions, when executed by the processor, cause the processor to: combine, by the processor, the relevant chemical structure data of the one or more text-based search results into a minimum spanning tree; store, by the processor, the minimum spanning tree on a non-transitory computer readable medium; and search, by the processor, the minimum spanning tree.

In certain embodiments, the user-input chemical structure data correspond to a substructure or complete structure of the at least one chemical structure.

In certain embodiments, the document data corresponding to the set of documents have been augmented to comprise one or more indexing string tags. In certain embodiments, the querying step comprises instructions to correlate, by the processor, the at least a portion of the augmented user query with at least one of the one or more indexing string tags.

In another aspect, the present invention is directed to a system for searching a set of documents comprising chemical information, the system comprising: a processor; and a non-transitory computer readable medium having instructions stored thereon, wherein the instructions, when executed by the processor, cause the processor to: (a) receive, by the processor, a user query comprising user-input chemical structure data (e.g., binary data), wherein the user-input chemical structure data correspond to at least one chemical structure; (b) identify or extract, by the processor, bit-screening data and connection data from the user-input chemical structure data, wherein the bit-screening data correspond to one or more constituent elements of the at least one chemical structure, and the connection data correspond to one or more connections (e.g., interactions, bonds) between a plurality of the one or more constituent elements; (c) augment, by the processor, the user query by generating

one or more string tags based on at least a portion of the bit-screening data and, optionally, generating one or more encoded strings based on at least a portion of the connection data, such that the augmented user query comprises the one or more string tags, wherein the one or more string tags comprise a sequence of alphanumeric characters for describing the at least one chemical structure; (d) query, using a text-based search method, by the processor, a database comprising document data corresponding to the set of documents, wherein querying comprises correlating at least a portion of the augmented user query with the document data to generate one or more text-based search results; and (e) optionally, output, by the processor, the one or more text-based search results. In certain embodiments, the instructions, when executed by the processor, cause the processor to: convert, by the processor, the bit-screening data and the connection data to one or more strings.

In certain embodiments, the instructions, when executed by the processor, cause the processor to: (f) search, using a structure-based search method, subsequent to the querying step, by the processor, the one or more text-based search results by correlating at least a portion of the user-input chemical structure data with relevant chemical structure data of the one or more text-based search results to generate one or more refined search results, wherein the one or more text-based search results correspond to filtered document data comprising the relevant chemical structure data; and (g) output, by the processor, (e.g., rendering for display, or outputting to another processor for rendering for display) the one or more refined search results. In certain embodiments, the structure-based search method uses string data as input (e.g., is performed using a text search engine). In certain embodiments, at least one of the one or more string tags comprises natural language text. In certain embodiments, the structure-based search comprises an atom by atom search.

In certain embodiments, the instructions, when executed by the processor, cause the processor to generate, by the processor, the one or more text-based search results using a relevance search. In certain embodiments, the relevance search is a hit-scoring search.

In certain embodiments, the instructions, when executed by the processor, cause the processor to: combine, by the processor, the relevant chemical structure data of the one or more text-based search results into a minimum spanning tree; store, by the processor, the minimum spanning tree on a non-transitory computer readable medium; and search, by the processor, the minimum spanning tree.

In certain embodiments, the user-input chemical structure data correspond to a substructure or complete structure of the at least one chemical structure.

In certain embodiments, the document data corresponding to the set of documents have been augmented to comprise one or more indexing string tags. In certain embodiments, the querying step comprises instructions to correlate, by the processor, the at least a portion of the augmented user query with at least one of the one or more indexing string tags.

In another aspect, the present invention is directed to a system for text-based searching a set of indexed documents comprising chemical information, the system comprising: a processor; and a non-transitory computer readable medium having instructions stored thereon, wherein the instructions, when executed by the processor, cause the processor to: (a) receive, by the processor, a user query comprising text data (e.g., alphanumeric data), wherein the text data comprise a sequence of alphanumeric characters that describe at least one chemical structure; (b) query, using a text-based search method, by the processor, a database comprising document data corresponding to the set of indexed documents, the document data having been augmented to include one or more index string tags, wherein querying comprises correlating at least a portion of the text data of the user query with the one or more index string tags to generate one or more text-based search results, wherein the one or more index string tags comprise a sequence of alphanumeric characters for describing the at least one chemical structure; and (c) output, by the processor, (e.g., rendering for display, or outputting to another processor for rendering for display) the one or more text-based search results. In certain embodiments, the one or more index string tags comprise natural language text.



In certain embodiments, the querying step comprises instructions to generate, by the processor, the one or more text-based search results using a relevance search. In certain embodiments, the relevance search is a hit-scoring search.

In another aspect, the present invention is directed to a system for indexing a document to facilitate chemical structure searching, the system comprising: a processor; and a non-transitory computer readable medium having instructions stored thereon, wherein the instructions, when executed by the processor, cause the processor to: receive, by a processor of a computing device, document data corresponding to the document, wherein the document data comprise chemical structure data corresponding to a chemical structure; identify or extract, by the processor, bit-screening data and connection data in the chemical structure data, wherein the bit-screening data correspond to one or more constituent elements of the chemical structure, and the connection data correspond to connections (e.g., interactions, bonds) between the one or more constituent elements; generate, by the processor, a string tag based on at least a portion of the identified bit-screening data, the string tag comprising an alphanumeric value for describing the chemical structure that corresponds to the chemical structure data (e.g., for use in querying for documents comprising the chemical structure data); associate, by the processor, the string tag with the chemical structure data or the document data; and output, by the processor, the string tag (e.g., for storage on a non-transitory computer readable medium). In certain embodiments, the instructions, when executed by the processor, cause the processor to: convert, by the processor, the bit-screening data and the connection data to one or more strings. In certain embodiments, the string tag comprises natural language text.

In certain embodiments, the instructions, when executed by the processor, cause the processor to: augment, by the processor, the document data, wherein the augmented document data comprise the string tag. In certain embodiments, the instructions, when executed by the processor, cause the processor to: store, by the processor, the string tag on a second non-transitory computer readable medium. In certain embodiments, the instructions, when executed by the processor, cause the processor to index the string tag.

In certain embodiments, the document data comprise metadata. In certain embodiments, the metadata comprise a unique ID and a bucket ID (e.g., wherein the bucket ID is used to identify tenant in a multi-tenant system). In certain embodiments, the instructions, when executed by the processor, cause the processor to: persist, by the processor, the metadata (e.g., while indexing the document).

In certain embodiments, the instructions, when executed by the processor, cause the processor to convert the connection data to one or more encoded strings. In certain

embodiments, the instructions, when executed by the processor, cause the processor to store, but not index, the connection data.

In another aspect, the present invention is directed to a system for searching a set of indexed documents comprising chemical information using sequential searches, the system comprising: a processor; and a non-transitory computer readable medium having instructions stored thereon, wherein the instructions, when executed by the processor, cause the processor to: (a) receive, by the processor, a user query comprising user-input chemical structure data and text data; (b) query, using a text-based search method, by the processor, a database comprising document data corresponding to the set of indexed documents, wherein querying comprises correlating at least a portion of the user-input chemical structure data with the document data (e.g., by augmenting or converting the chemical structure data prior to correlating with the document data) and at least a portion of the text data of the user query with the document data to generate filtered document data; (c) search, using a structure-based search method, subsequent to the querying step, by the processor, the filtered document data, wherein searching comprises correlating at least a portion of user-input chemical structure data with relevant filtered chemical structure data in the filtered document data to generate one or more search results; and (d) output, by the processor, (e.g., rendering for display, or outputting to another processor for rendering for display) the one or more search results. In certain embodiments, the instructions, when executed by the processor, cause the processor to: convert, by the processor, the chemical structure data to one or more strings. In certain embodiments, the structure-based search method uses string data as input (e.g., is performed using a text search engine).

In certain embodiments, the instructions, when executed by the processor, cause the processor to: augment, prior to step (b), by the processor, the user query by generating one or more string tags such that the augmented user query comprises the one or more string tags, wherein the one or more query string tags describe a chemical structure. In certain embodiments, the instructions, when executed by the processor, cause the processor to: correlate, by the processor, at least one of the one or more string tags with the document data.

In certain embodiments, the document data comprise one or more index string tags. In certain embodiments, the instructions, when executed by the processor, cause the processor to correlate, by the processor, at least a portion of the text data with the one or more index string tags.

## BRIEF DESCRIPTION OF THE DRAWINGS

Drawings are presented herein for illustration purposes, not for limitation. The foregoing and other objects, aspects, features, and advantages of the invention will become more apparent and may be better understood by referring to the following description taken in conjunction with the accompanying drawings, in which:

FIG. **1** shows a hierarchy of data structures corresponding to a document comprising chemical information, according to an illustrative embodiment of the present invention;

FIG. **2** is a block diagram of a method for indexing documents comprising chemical structure data, according to an illustrative embodiment of the present invention;

FIG. **3** shows a hierarchy of data structures corresponding to a user query, according to an illustrative embodiment of the present invention;



FIG. **4** is a block diagram of a method for searching documents augmented with string tags, according to an illustrative embodiment of the present invention;

FIG. **5** is a block diagram of a method for augmenting a user query comprising chemical structure data to search a set of documents using a text-based search, according to an illustrative embodiment of the present invention;

FIG. **6** is a block diagram of a method for augmenting a user query comprising chemical structure data to efficiently search a set of documents using a text-based search then a structure-based search, according to an illustrative embodiment of the present invention;

FIG. **7** is an exemplary system of software modules that can be used for indexing and searching documents comprising chemical information, according to an illustrative embodiment of the present invention;

FIG. **8** is a screenshot of an interface used to input user queries and view search results, according to an illustrative embodiment of the present invention;

FIG. **9** is a block diagram of an example network environment for use in the methods and systems described herein, according to an illustrative embodiment; and

FIG. **10** is a block diagram of an example computing device and an example mobile computing device, for use in illustrative embodiments of the invention.

## DEFINITIONS

In order for the present disclosure to be more readily understood, certain terms used herein are defined below. Additional definitions for the following terms and other terms may be set forth throughout the specification.

In this application, the use of "or" means "and/or" unless stated otherwise. As used in this application, the term "comprise" and variations of the term, such as "comprising" and "comprises," are not intended to exclude other additives, components, integers or steps. As used in this application, the terms "about" and "approximately" are used as equivalents. Any numerals used in this application with or without about/approximately are meant to cover any normal fluctuations appreciated by one of ordinary skill in the relevant art. In certain embodiments, the term "approximately" or "about" refers to a range of values that fall within 25%, 20%, 19%, 18%, 17%, 16%, 15%, 14%, 13%, 12%, 11%, 10%, 9%, 8%, 7%, 6%, 5%, 4%, 3%, 2%, 1%, or less in either direction (greater than or less than) of the stated reference value unless otherwise stated or otherwise evident from the context (except where such number would exceed 100% of a possible value).

Constituent element: As used herein, the phrase "constituent element" refers to a portion of a chemical structure. A constituent element may be a bond, an atom, a fragment, a functional group, a heteroatom, a moiety or any combination thereof that forms in whole or in part a chemical structure. A constituent element may be used to identify, describe, and/or classify a chemical structure. A constituent element may be used as a search term when querying for documents related to a chemical structure that comprises the constituent element.

Document: As used herein, the term "document" refers to an article comprising chemical information. The chemical information identifies, classifies, and/or describes (e.g., the structure of) one or more chemicals. In certain embodiments, a document is an article consisting entirely of one or more chemical structure representations. Document data corresponding to a document can be stored and/or indexed in a database such that a user may search for the document

and/or for the contents of the document. A document may comprise additional elements such as text or images, for example, that provide additional chemical information.

Text data: As used herein, the term "text data" refers to data corresponding to text that does at least one of identify, classify, and describe a chemical and/or its structure. In some embodiments, a user inputs text data in a graphical user interface using a text field or text box. In certain embodiments, text data is stored as a string, wherein the string is a sequence of alphanumeric characters. Text data may be natural language words or phrases.

Associate, Associated with: As used herein, the terms "associate," and "associated with," as in a first data structure is associated with a second data structure, refer to a computer representation of an association between two data structures or data elements that is stored electronically (e.g., in computer memory). In some embodiments, a first data structure is stored on a first computer readable medium, a second data structure is stored on a second computer readable medium, and the association between the first data structure and second data structure is stored on the first computer readable medium. In some embodiments, a first data structure is stored on a first computer readable medium, a second data structure is stored on a second computer readable medium, and the association between the first data structure and second data structure is stored on the second computer readable medium.

String tag: As used herein, the term "string tag" refers to data comprising a string of alphanumeric characters used in identifying, classifying, and/or describing a chemical structure. In certain embodiments, the string of alphanumeric characters is a natural language sequence of alphanumeric characters.

Graphical Control Element: As used herein, the term "graphical control element" refers to an element of a graphical user interface element that may be used to provide user and/or individual input. A graphical control element may be a textbox, dropdown list, radio button, data field, checkbox, button (e.g., selectable icon), list box, or slider.

## DETAILED DESCRIPTION

It is contemplated that systems, devices, methods, and processes of the claimed invention encompass variations and adaptations developed using information from the embodiments described herein. Adaptation and/or modification of the systems, devices, methods, and processes described herein may be performed by those of ordinary skill in the relevant art.

Throughout the description, where articles, devices, and systems are described as having, including, or comprising specific components, or where processes and methods are described as having, including, or comprising specific steps, it is contemplated that, additionally, there are articles, devices, and systems of the present invention that consist essentially of, or consist of, the recited components, and that there are processes and methods according to the present invention that consist essentially of, or consist of, the recited processing steps.

It should be understood that the order of steps or order for performing certain action is immaterial so long as the invention remains operable. Moreover, two or more steps or actions may be conducted simultaneously.

The mention herein of any publication, for example, in the Background section, is not an admission that the publication serves as prior art with respect to any of the claims presented herein. The Background section is presented for purposes of clarity and is not meant as a description of prior art with respect to any claim. Headers are provided for the convenience of the reader and are not intended to be limiting with respect to the claimed subject matter.

Systems and methods described herein relate to indexing and searching of sets of documents comprising chemical information using efficient methods. Document data corresponding to the sets of documents comprise chemical structure data that correspond to chemical structures referred to in the documents. Chemical structure data is used to generate string tags (e.g., words or phrases) that are associated with the chemical structure data and/or the document data. String tags are used to identify, classify, or describe the corresponding chemical structures and/or their representations in the documents. The use of string tags facilitates searching of both chemical structure information and text in a document by fast text-based search methods. The use of string tags in indexing a document also allows chemical structure representations in that document to be searched using text-based methods.

A user query comprising chemical structure data and text data, wherein the query is augmented to comprise one or more string tags based on the chemical structure data, allows a user's chemical structure representation input and text input to be searched simultaneously. Simultaneous searching can narrow the set of possibly relevant documents quickly. Simultaneous searching of chemical structures and descriptive text in a document efficiently provides a user with relevant search results faster than sequential searching of chemical structures and descriptive text (in either order).

In certain embodiments, the documents to be indexed and searched are stored as a database. A database of document data may be stored and indexed on a non-transitory computer readable medium for use in searching. The database may be locally accessible to a user from a computing device. For example, the user may use a database stored on a desktop computer, laptop computer, mobile device, tablet, or similar. The database may also be stored on a separate storage medium such as a compact disk, hard disk, or flash memory. In certain embodiments, the database is stored on a server or similar computing device accessible over a network (e.g., as a cloud computing service). A database may be stored remotely due to its large size or for consideration to scalability, for example. In certain embodiments, document data are stored in an indexing engine. In certain embodiments, document data is stored in a fault tolerant store. In certain embodiments, indexing data for indexed document data is stored and searched in a database with the document data being stored in one or more separate locations. In certain embodiments, a database is queried using a web-based interface.

Documents are indexed in a format such that they can be fully searched with text-based searching methods. Document data corresponding to the documents to be indexed may be loaded (e.g., uploaded) to a service such as ChemSearch. FIG. **1** shows an exemplary hierarchy of data structures that correspond to a document. Document data **100** comprise chemical structure data **110**, text data **130**, and metadata **140**. Chemical structure data **110** corresponds to chemical structure information, such as a chemical structure representation. Chemical structure data may be stored in any number of standard formats (e.g., a simplified molecular input line entry specification (SMILES) or SMILES arbitrary target specification (SMARTS) based string or as formatted binary data). Chemical structure data **110** comprises bit-screening data **150** and connection data **160**. Bit-screening data **150** correspond to one or more constitu-

ent elements of a chemical structure. Connection data **160** correspond to one or more connections (e.g., interactions, bonds) between a plurality of the one or more constituent elements. In certain embodiments, chemical structure data (e.g., bit-screening data and connection data) are stored as strings or converted to strings such that all document data used for searching is searchable with a text search engine. Text data **130** corresponds to descriptive information about the chemical and/or its structure. For example, text data may describe properties of a chemical (e.g., its structure) and/or it may describe processes, reactions, or formulations/mixtures involving the chemical. In certain embodiments, document data may include metadata that can be used to identify the document and its contents. For example, a document's metadata may include a unique ID and bucket ID. The metadata may be persisted to allow the document to be referenced in a database.

Document data **100** has been augmented during indexing to comprise string tags **120** (as depicted by the dashed line connecting the two in FIG. **1**). String tags are a sequence of characters that provide an alphanumeric text-based string for identifying, classifying, and/or describing chemical structures corresponding to chemical structure data in document data. In certain embodiments, string tags are generated using bit-screening data by performing an atom-by-atom or similar structure-based search on the bit-screening data therein to identify constituent elements corresponding to the bit-screening data and populating the string tags with strings in a predefined list or array that identify, classify, and/or describe the constituent elements. In certain embodiments, string tags are populated using an array that comprises the strings and corresponding reference bit screening data that is compared to the bit screening data in document data. The predefined list may be manually created by storing strings for common constituent elements in chemical structures and associations to reference bit-screening data that correspond to those common constituent elements. Thus, the reference bit-screening data associated with the pre-defined strings can be matched, using the structure-based search, to bit-screening data in document data in order to generate string tags that are populated with appropriate descriptive strings from the pre-defined list for constituent elements corresponding to the bit-screening data in the document data. String tags may also be generated using appropriate ad hoc structure-based methods that populate the string tags with appropriate descriptive strings. String tags may be associated with chemical structure data or directly with directly with the document data that comprises the chemical structure data. Referring again to FIG. **1**, string tags **120** are associated with document data **100**, but not directly associated with chemical structure data **110**.

In certain embodiments, string tags are natural language words or phrases that a user may use to describe the associated chemical structure or substructure. For example, chemical structure data corresponding to pyridine (e.g., corresponding to a structural representation of pyridine or embedded chemical structure data corresponding to pyridine) could be associated with string tag "aromatic." Other examples of string tags that may be associated with chemical structure data are common names for constituent elements (e.g., functional groups or heteroatoms) present in the corresponding chemical structure. For example, acetone could be associated with string tag "ketone" or chloroform could be associated with string tag "chlorine" and/or "contains chlorine."

FIG. **2** is a block diagram of an exemplary method for indexing documents comprising chemical structure information. Indexing method **200** is used to augment document data by generating one or more string tags from chemical structure data in the document data. In step **210**, document data comprising chemical structure data is received by a processor of a computing device. In step **220**, bit-screening data and connection data in the chemical structure data is identified or extracted. In step **230**, the bit-screening data identified or extracted in step **220** is used to generate a string tag. In step **240**, the string tag generated in step **230** is associated with the document data directly. In step **250**, the string tag is outputted. The string tag outputted in step **250** is stored with the document data for later searching. In some embodiments, document data is augmented to comprise a string tag. In some embodiments, a string tag is stored separate from document data. When a string tag is stored separate from document data, the document data may be augmented to comprise the association of the string tag to the document data such that the string tag is searchable when the document data is being searched.

Document data may be received by uploading it to an internal configured search provider service. A search provider is an abstraction layer that is configured to one or more specific search engines. A configured search provider may be modified to work with a different specific search engine without interfering with other aspects of the search process. In certain embodiments, there is only one configured search provider in the search provider service. In certain embodiments, the internal configured search provider service persists metadata in the document data throughout the indexing process.

To identify or extract bit-screening data and connection data, the configured search provider can call a chemical search core engine to identify or extract chemical structure data. The chemical search core engine can identify or extract data within the document data that corresponds to chemical structures if the data are stored in a standard format recognized by the engine. The chemical search core engine extracts both bit-screening and connection data. Bit-screening data correspond to the constituent elements of the chemical structure and can be used to search for those constituent elements of the corresponding chemical structure identified in the chemical structure data. Connection data is stored for use in any supplementary structure-based searching that may follow a text-based search. The bit-screening data are used to generate string tags to allow chemical structure data of interest to a user to be identified using text-based search methods by correlating string tags corresponding to chemical structure data with a user query. Connection data may be stored as an encoded string. In certain embodiments, connection data and bit-screening data in document data are converted to strings during indexing in order to allow all searching (e.g., text searching and structure searching) to be performed using a text search engine.

Once a chemical search core engine has extracted or identified chemical structure data and augmented the chemical structure data (i.e., connection data and bit-screening data) to appropriate strings (i.e., encoded strings and string tags, respectively), the string tag is outputted. The document data may be augmented with the outputted string tag. The document data may initially be augmented with the encoded strings converted from the connection data. The augmented data is sent to the underlying indexing engine. The outputted string tags are indexed just like other text data such that text data input by a user could be correlated with a string tag to identify a search result when searching. Connection data are not indexed, but are stored with the document for retrieval during a search workflow. In certain embodiments, connec-

tion data or converted connection data are used in structure-based searches run subsequent to an initial text-based search. After indexing a document in a database, the document data are available to be searched by a user.

An embodiment of an integrated internally configured chemical search provider service module (e.g., ChemSearch Service) with an Elasticsearch-based advanced search service module (comprising a chemical search core engine) and search engine module in indexing documents is depicted in FIG. **7**. The document data is input into the ChemSearch service for processing. Processing comprises persisting the metadata in the document data. The document data is indexed and sent to the Elasticsearch-based advanced search service. The ChemSearch core engine in the Elasticsearch-based advanced search service is used to generate string tags for the chemical structure data in the document data being indexed and augments the document data to comprise the string tags. The indexed and augmented document data is then sent to the Elasticsearch module.

In certain embodiments, a ChemSearch service is integrated into the searching workflow. In certain embodiments, a ChemSearch service is tightly integrated. A tightly integrated search integration means that all searches (i.e., any text and structure searches) can be handled by one search module (e.g., a ChemSearch service). In certain embodiments, a ChemSearch service is supplementary. In a supplementary integration, a main search engine performs most searching, while an auxiliary search engine performs chemical data searches. The auxiliary search engine is invoked only when a structure-based search is requested. In certain embodiments, an auxiliary search engine is built by indexing only a subset of document data (e.g., metadata).

A user searching for documents of interest provides input into a search interface. Search input may be provided using an interface locally run on a computing device or may be accessed using a web-based interface. The user may be searching for some or all documents in a database that comprise information about a particular chemical structure. In general, a user is searching for documents that comprise information about a genus of chemical structures identified by a set of constituent elements and/or a list of properties of the structure (e.g., related to its functionality, reactivity, or production). The genus of interest may be specific, including few members constrained by the presence of a plurality of constituent elements, or it may be broad, including many members with only one or a few common constituent elements. For example, a user may be interested in a genus of complex chemical structures where only a terminal group of the structure differs between members of the genus or the user may be interested in all chemical structures that are aromatic.

In certain embodiments, the search interface provided to the user comprises one or more text fields for inputting text data and a subinterface for inputting chemical structure data. The user can input any descriptive text into the one or more text fields. Descriptive text provided by the user may refer to the properties of chemical structures of interest or the structure of the chemical structure itself. For example, the user may input "yield of more than 90%" or "contains three carbonyl groups" as descriptive text. When the user is interested in complex chemical structures, it is impractical for the user to describe a chemical structure sufficiently using natural language to produce relevant results. A subinterface for entering chemical structures may be used by the user to draw or similarly input a chemical structure or partial chemical structure to be used in searching a database. In some embodiments, the subinterface for drawing chemical structures is a ChemDraw® (by PerkinElmer Informatics, Inc. of Cambridge, Mass.) interface. Chemical structure data may be input as a chemical structure representation, into a text field using a line notation string (e.g., a simplified molecular input line entry specification (SMILES) or SMILES arbitrary target specification (SMARTS) based string). In this way, whether a user provides chemical structure input or descriptive text input to identify chemical structures of interest in a search, the chemical structure can be searched for using a text-based method.

FIG. **8** shows a screenshot of an exemplary search interface by which a user inputs a query and views search results in some embodiments. Search interface **800** has two tabs: query tab **802** for use in entering queries and results tab **804** for viewing results of a search. Query tab **802** comprises a plurality of graphical control elements for entering terms to be used in a search. Text field **810** provides a graphical control element for the user to input alphanumeric text to be used in searching. Dropdown list **820** is a graphical control element that allows a user to select a database, set of databases, or subset(s) of one or more databases to search over. Text fields **830** are a plurality of graphical control elements for inputting various metadata terms to be included in a user query. In certain embodiments, a search is performed over only a subset of documents that comprise metadata that matches, or corresponds within some threshold, to the user input metadata values. For example, a user may input a particular project name such that the user query is only searched for in documents associated with metadata of that project name.

Graphical control elements **842** and **844** are used to input chemical structure data by drawing one or more chemical structures. Clicking on graphical control element **844** provides to the user a separate interface that allows chemical structures to be drawn (e.g., having tools that draw bonds and chemical constituents). For example, clicking graphical control element **844** may open a ChemDraw® (by PerkinElmer Informatics, Inc. of Cambridge, Mass.) interface. Dropdown list **842** is used to select the type of structure being drawn. For example, dropdown list **842** allows a user to select from "substructure," "complete structure," and "multiple structures." The selection from this list is used to properly generate string tags and run search algorithms. Dropdown list **842** shows "substructure" is selected. Graphical control element **844** shows a substructure drawn by a user as part of a user query.

Graphical control elements **852**, **854**, **856**, **858**, and **860** allow a user to input additional text data for specific characteristics of interest related to the chemical(s) being searched for. For example, a user may use text fields **852** to provide text data for reactants in a reaction related to the chemical(s) of interest. The user may input text data for reaction products in graphical control elements **854**. For example, the user has selected a yield of more than eighty percent with graphical control elements **854**. The user may input text data for solvents used in a reaction with text fields **856**. The user may input text data for reaction conditions (e.g., temperature and pressure or ranges thereof) with text fields **858**. The user may input text data for preparation criteria in text fields **860**.

Graphical control elements **852**, **854**, **856**, **858**, and **860** are included in search interface **800** in addition to text field **810** to allow a user to input text data corresponding to particular characteristics of interest separately from general text data input into text field **810**. For example, text based searching of string "yield>80%" (e.g., entered into text field **810**) may produce results for all documents that mention

yields over 80%, whereas selection of ">80%" in graphical control elements **854** will produce results only for documents in which the drawn chemical structure and/or input product is yielded at >80% yield in a reaction. Furthermore, in certain embodiments, search algorithms comprise multiple steps, wherein inputs into each of graphical control elements **810**, **852**, **854**, **856**, **858**, and **860** are searched in separate steps. In certain embodiments, such segmented search algorithms accelerate search times and/or produce results of enhanced relevance to the user. Thus, in search interface **800**, text field **810** allows a user to input general text data, while graphical control elements **852**, **854**, **856**, **858**, and **860** allow the user to input text data corresponding to specific characteristics related to the chemical(s) of interest to the user (e.g., corresponding to characteristics and/or conditions of a reaction). The text data of a user query, as used in searching as described herein, may include data input into any one or more of these graphical control elements. In some embodiments, all text data of a user query is input in a singular text field provided to a user in an interface.

FIG. **3** shows a hierarchy of data structures associated with a user query. User query **300** comprises chemical structure data **310** and text data **320**. Chemical structure data **310** comprises bit-screening data **340** and connection data **350**. Bit-screening data **340** may be used to identify one or more constituent elements of the chemical structure corresponding to the associated chemical structure data in order to generate string tags **330**. Once string tags **330** are generated, user query **300** is augmented to be associated with string tags **330**. String tags **330** can be generated using a pre-defined list of strings as described herein above. User query **300** can be received by a processor of a computing device in order to query a database of document data using a text-based search method. In certain embodiments, a user query comprises both text data and chemical structure data. In certain embodiments, a user query comprises text data and not chemical structure data. In certain embodiments, a user query comprises chemical structure data and not text data.

FIG. **4** is a block diagram for a method of searching a database of augmented document data (i.e., the document data comprises string tags) using a user query comprising text data. Searching method **400** is used to perform a text-based search of a database of document data augmented with string tags using a user query comprising text data. In step **410**, a processor of a computing device receives a user query comprises text data. In step **420**, a database of document data augmented with string tags is queried using a text-based search method with the user query received in step **410** to generate text-based search results. The querying step includes correlating text data received as part of the user query in step **410** with string tags in the augmented document data using the text-based search method. In this way, documents that have chemical structure representations, but do not contain text explicitly identifying the chemical by a common name can be identified as a result in the querying step. For example, a representation of benzene may be present in a document, but the text of the document may only include the phrase "aromatic ring." Because the corresponding document data was augmented to comprise a string tag comprising the string "benzene" as a result of indexing (e.g., according to the method of FIG. **2**), searching method **400** would identify the document as a result for a user query comprising the text data "benzene." In step **430**, the text-based search results generated in step **420** are output, for example, for displaying to a user or for further processing.



FIG. **5** is a block diagram for a method of searching a database of document data using a user query comprising text data and chemical structure data. Searching method **500** is used to perform a text-based search of a database of document data augmented with string tags using a user query comprising text data. Text-based search results may be output for displaying to a user or for further processing. Text-based search results may be stored for later reference. In step **510**, a processor of a computing device receives a user query comprising text data and chemical structure data. The user query may be sent to the processor from another computing device used by a user to input the text data and chemical structure data using an interface as described herein above. In step **520**, chemical structure data is extracted from the user query received in step **510**. In step **530**, the extracted chemical structure data is used to generate the string tag(s). String tags generated from chemical structure data in a user query can be generated using the same methods for generating string tags during document indexing, as described herein above. In certain embodiments, chemical structure data is extracted from the user query to generate the string tag(s). In some embodiments, chemical structure data in the user query is identified to generate the one or more string tag(s). In step **540**, the user query is augmented with the string tag(s) generated in step **530**. In step **550**, a text-based search is performed using the augmented user query and the document data corresponding to the documents being searched. Any text-based search method that allows any two strings (i.e., any string of the user query and any string in the document data) to be correlated with each other may be used in step **550**. For example, the text-based search method could generate results using a relevance search or hit ranking search algorithm. In step **560**, the text-based search results generated in step **550** are output, for example, for displaying to a user or for further processing.

The text-based search method used in step **550** can correlate any string of the user query with any string of the document data in order to generate a search results. By augmenting the user query with string tag(s) in step **540**, chemical structure data input by a user that may not be input in a string-based format can be used to perform the text-based search. That is, a string tag in the augmented user query can be correlated with a string (e.g., text data) in document data to generate a result. Thus, search results that may not have been generated without the query augmentation can be provided to the user. The string in the document data user to generate the text-based search result may be in a string tag in the document data generated during indexing. In this way, chemical structure data in document data that is stored in one format can be searched against chemical structure data input in the user query in another format. Likewise, document data that has been augmented to comprise one or more string tags during indexing can be identified as a result for a user query by correlating either a portion of the text data in the user query or a portion of the string tag(s) generated from the chemical structure data in the user query.

A user query comprising chemical structure data but not text data can be augmented and used for searching according to method **500**. When a user query comprises chemical structure data, but not text data, text-based search results are generated by correlating at least a portion of the string tag(s) in the augmented user query with document data. In some embodiments, a user query comprising chemical structure data, but not text data is augmented to comprise string tag(s) and at least a portion of the string tag(s) are correlated with

at least a portion of index string tags in augmented document data (e.g., where the index string tags were added to the document data during indexing). Thus, fast text-based searches can be performed on user queries consisting entirely of chemical structure data to return results that describe chemicals using only text or only chemical structure representations. This is in contrast to current methods that require slower structure-based methods to be used for user queries consisting entirely of chemical structure data.

For user queries comprising text data and chemical structure data, text-based search methods can search a database to produce results by searching for relevant documents simultaneously using the text data of the user query and string tags generated from the chemical structure data of the user query. This eliminates the sequential text-based then structure-based searching (or visa-versa) required by a traditional (i.e., unaugmented) user query. Without wishing to be bound by any theory, such sequential searching is rate limited by the speed of the structure-based searching step. The text-based search results of method **500** or similar are influenced by all the information provided in the user query such that the text-based search results more accurately relate to information sought by the user.

For some searches, even the text-based search results produced by a text-based search method that simultaneously searches text data and chemical structure data in a user query are too broad or inconclusive for a user. FIG. **6** shows a method for searching, using a structure-based search method, the results of a text-based search based on a user query comprising text data and chemical structure data (e.g., according to method **500**). Steps **610-650** of method **600** are the same as steps **510-550** of method **500**. In step **670**, the text-based search results generated in steps **610-650** are used to perform a structure-based search of the text-based search results based on the chemical structure data of the user query. In certain embodiments, a structure-based search is performed in a text search engine such that all searching can be performed using a single search engine. In order for a single text search engine to be used for structure-based searches and text-based searches, connection data and bit-screening data in document data are converted to strings during indexing. The refined search results are output in step **680**, for example, for displaying to a user or for further processing.

The structure-based search may be an atom-by-atom search or any other structure-based search known in the art that produces results related to chemical structures that exactly or near exactly match the chemical structure of interest to the user (i.e., that correspond to the chemical structure data supplied by the user). In some embodiments, the chemical structure data in the document data of the text-based search results are combined into an in-memory minimum spanning tree such that the structure-based search consists of searching the in-memory minimum spanning tree using the chemical structure data of the query. The use of minimum spanning trees can reduce the expense (e.g., time, processing capacity) of subsequent structure-based searches. The structure-based search correlates the user-input chemical structure data of the user query with the relevant chemical structure data of the text-based search results.

Filtering the document data to be searched over with a structure-based method by firstly text-based searching the document data simultaneously using an augmented user query comprising text data and string tags can increase the speed of the structure-based search method in proportion to the smallness of the set of filtered document data. For searches where the use of string tags greatly reduces the amount of document data resulting from the text-based search (compared to what is achievable with text data alone), the structure-based search is quite fast. The speed of such a subsequent structure-based search is quite fast because the amount document data being searched over in the structure-based search is greatly reduced from the initial amount of document data (i.e., prior to the text-based search). The chemical structure data of the user query can quickly be correlated with the relevant chemical structure in the filtered document data (i.e., the data of the text-based search results).

The use of a text-based search method prior to a subsequent structure-based search without the use of string tags will often not significantly limit the amount of document data the structure-based search is searched over. For example, if a user wants to find documents that relate to methods to produce a genus of chemicals with reaction yields over 90%, the user may supply a partial or complete representation of the genus and the text “yield over 90%.” If the text data is used in a first text-based search method without string tags (as in an augmented user query), the document data of the text-based search results includes a large amount of data for documents that relate to processes with yields over 90% involving chemical structures that aren’t of interest to the user. Any subsequent structure-based search will be performed on the irrelevant data in addition to any relevant data returned by the text-based search, thus slowing down the overall searching method.

If string tags generated based on the chemical structure data of the user query are used in the text-based search (e.g., using method **600**), a significant portion (and up to all) of the irrelevant document data is be excluded from searching in the subsequent structure-based search. The subsequent structure-based search can refine the text-based search results to include only those comprising chemical structure representations of at least a certain degree of similarity to the input chemical structure representation. The use of a subsequent structure-based search to refine search results is especially useful for searches where the user inputs complex chemical structure representations. Performing a structure-based search based on an augmented user query comprising chemical structure data corresponding to a complex chemical structure refines the search results to exclude those text-based search results that only have lesser similarity with the complex chemical structure (e.g., enough to produce a correlation with a string tag in the augmented user query).

A user query may be received by API call to an internal configured search provider service. To identify or extract bit-screening data and connection data, the configured search provider can call a chemical search core engine to identify or extract chemical structure data. The chemical search core engine can identify or extract data within the document data that corresponds to chemical structures if the data are stored in a standard format recognized by the engine. The chemical search core engine extracts both bit-screening and connection data. Bit-screening data correspond to the constituent elements of the chemical structure and can be used to search for those constituent elements of the chemical structure corresponding to the chemical structure data. Connection data is stored for use in any supplementary structure-based searching that may follow a text-based search. The bit-screening data are used to generate string tags to allow chemical structure data of interest to a user to be identified using text-based search methods by correlating string tags corresponding to chemical structure data with a user query. Connection data may be stored as an encoded string.

Once a chemical search core engine has extracted or identified chemical structure data and converted the chemical structure data (i.e., connection data and bit-screening data) to appropriate strings (i.e., encoded strings and string tags, respectively), the string tag is outputted. The user query is augmented with the outputted string tag. The augmented user query is sent to the underlying searching engine. The string tags can be treated as user-input text data during searching. After a chemical search core engine has been used to augment the user query, the augmented user query can be sent to a search engine for searching. A search engine performs a text-based search and, optionally, a structure-based search using an atom-by-atom based search method to provide search results to a user.

The use of an integrated internal configured search provider service (e.g., ChemSearch Service) module with an Elasticsearch-based advanced search service module (comprising a chemical search core engine) and search engine module in searching documents is depicted in FIG. **7**. The user query is input into the ChemSearch service for processing. The search request is sent to the Elasticsearch-based advanced search service. The ChemSearch core engine in the Elasticsearch-based advanced search service is used to generate string tags for the chemical structure data in the user query being searched and augment the query to comprise the string tags. The augmented user query is then sent to the Elasticsearch module for searching using text-based searching and atom-by-atom searching to produce search results to the user.

FIG. **9** shows an illustrative network environment **900** for use in the methods and systems described herein. In brief overview, referring now to FIG. **9**, a block diagram of an exemplary cloud computing environment **900** is shown and described. The cloud computing environment **900** may include one or more resource providers **902***a*, **902***b*, **902***c* (collectively, **902**). Each resource provider **902** may include computing resources. In some implementations, computing resources may include any hardware and/or software used to process data. For example, computing resources may include hardware and/or software capable of executing algorithms, computer programs, and/or computer applications. In some implementations, exemplary computing resources may include application servers and/or databases with storage and retrieval capabilities. Each resource provider **902** may be connected to any other resource provider **902** in the cloud computing environment **900**. In some implementations, the resource providers **902** may be connected over a computer network **908**. Each resource provider **902** may be connected to one or more computing device **904***a*, **904***b*, **904***c* (collectively, **904**), over the computer network **908**.

The cloud computing environment **900** may include a resource manager **906**. The resource manager **906** may be connected to the resource providers **902** and the computing devices **904** over the computer network **908**. In some implementations, the resource manager **906** may facilitate the provision of computing resources by one or more resource providers **902** to one or more computing devices **904**. The resource manager **906** may receive a request for a computing resource from a particular computing device **904**. The resource manager **906** may identify one or more resource providers **902** capable of providing the computing resource requested by the computing device **904**. The resource manager **906** may select a resource provider **902** to provide the computing resource. The resource manager **906** may facilitate a connection between the resource provider **902** and a particular computing device **904**. In some implementations, the resource manager **906** may establish a connection between a particular resource provider **902** and a particular computing device **904**. In some implementations, the resource manager **906** may redirect a particular computing device **904** to a particular resource provider **902** with the requested computing resource.

FIG. **10** shows an example of a computing device **1000** and a mobile computing device **1050** that can be used in the methods and systems described in this disclosure. The computing device **1000** is intended to represent various forms of digital computers, such as laptops, desktops, workstations, personal digital assistants, servers, blade servers, mainframes, and other appropriate computers. The mobile computing device **1050** is intended to represent various forms of mobile devices, such as personal digital assistants, cellular telephones, smart-phones, and other similar computing devices. The components shown here, their connections and relationships, and their functions, are meant to be examples only, and are not meant to be limiting.

The computing device **1000** includes a processor **1002**, a memory **1004**, a storage device **1006**, a high-speed interface **1008** connecting to the memory **1004** and multiple high-speed expansion ports **1010**, and a low-speed interface **1012** connecting to a low-speed expansion port **1014** and the storage device **1006**. Each of the processor **1002**, the memory **1004**, the storage device **1006**, the high-speed interface **1008**, the high-speed expansion ports **1010**, and the low-speed interface **1012**, are interconnected using various busses, and may be mounted on a common motherboard or in other manners as appropriate. The processor **1002** can process instructions for execution within the computing device **1000**, including instructions stored in the memory **1004** or on the storage device **1006** to display graphical information for a GUI on an external input/output device, such as a display **1016** coupled to the high-speed interface **1008**. In other implementations, multiple processors and/or multiple buses may be used, as appropriate, along with multiple memories and types of memory. Also, multiple computing devices may be connected, with each device providing portions of the necessary operations (e.g., as a server bank, a group of blade servers, or a multi-processor system).

The memory **1004** stores information within the computing device **1000**. In some implementations, the memory **1004** is a volatile memory unit or units. In some implementations, the memory **1004** is a non-volatile memory unit or units. The memory **1004** may also be another form of computer-readable medium, such as a magnetic or optical disk.

The storage device **1006** is capable of providing mass storage for the computing device **1000**. In some implementations, the storage device **1006** may be or contain a computer-readable medium, such as a floppy disk device, a hard disk device, an optical disk device, or a tape device, a flash memory or other similar solid state memory device, or an array of devices, including devices in a storage area network or other configurations. Instructions can be stored in an information carrier. The instructions, when executed by one or more processing devices (for example, processor **1002**), perform one or more methods, such as those described above. The instructions can also be stored by one or more storage devices such as computer- or machine-readable mediums (for example, the memory **1004**, the storage device **1006**, or memory on the processor **1002**).

The high-speed interface **1008** manages bandwidth-intensive operations for the computing device **1000**, while the low-speed interface **1012** manages lower bandwidth-inten-

sive operations. Such allocation of functions is an example only. In some implementations, the high-speed interface **1008** is coupled to the memory **1004**, the display **1016** (e.g., through a graphics processor or accelerator), and to the high-speed expansion ports **1010**, which may accept various expansion cards (not shown). In the implementation, the low-speed interface **1012** is coupled to the storage device **1006** and the low-speed expansion port **1014**. The low-speed expansion port **1014**, which may include various communication ports (e.g., USB, Bluetooth®, Ethernet, wireless Ethernet) may be coupled to one or more input/output devices, such as a keyboard, a pointing device, a scanner, or a networking device such as a switch or router, e.g., through a network adapter.

The computing device **1000** may be implemented in a number of different forms, as shown in the figure. For example, it may be implemented as a standard server **1020**, or multiple times in a group of such servers. In addition, it may be implemented in a personal computer such as a laptop computer **1022**. It may also be implemented as part of a rack server system **1024**. Alternatively, components from the computing device **1000** may be combined with other components in a mobile device (not shown), such as a mobile computing device **1050**. Each of such devices may contain one or more of the computing device **1000** and the mobile computing device **1050**, and an entire system may be made up of multiple computing devices communicating with each other.

The mobile computing device **1050** includes a processor **1052**, a memory **1064**, an input/output device such as a display **1054**, a communication interface **1066**, and a transceiver **1068**, among other components. The mobile computing device **1050** may also be provided with a storage device, such as a micro-drive or other device, to provide additional storage. Each of the processor **1052**, the memory **1064**, the display **1054**, the communication interface **1066**, and the transceiver **1068**, are interconnected using various buses, and several of the components may be mounted on a common motherboard or in other manners as appropriate.

The processor **1052** can execute instructions within the mobile computing device **1050**, including instructions stored in the memory **1064**. The processor **1052** may be implemented as a chipset of chips that include separate and multiple analog and digital processors. The processor **1052** may provide, for example, for coordination of the other components of the mobile computing device **1050**, such as control of user interfaces, applications run by the mobile computing device **1050**, and wireless communication by the mobile computing device **1050**.

The processor **1052** may communicate with a user through a control interface **1058** and a display interface **1056** coupled to the display **1054**. The display **1054** may be, for example, a TFT (Thin-Film-Transistor Liquid Crystal Display) display or an OLED (Organic Light Emitting Diode) display, or other appropriate display technology. The display interface **1056** may comprise appropriate circuitry for driving the display **1054** to present graphical and other information to a user. The control interface **1058** may receive commands from a user and convert them for submission to the processor **1052**. In addition, an external interface **1062** may provide communication with the processor **1052**, so as to enable near area communication of the mobile computing device **1050** with other devices. The external interface **1062** may provide, for example, for wired communication in some implementations, or for wireless communication in other implementations, and multiple interfaces may also be used.

The memory **1064** stores information within the mobile computing device **1050**. The memory **1064** can be implemented as one or more of a computer-readable medium or media, a volatile memory unit or units, or a non-volatile memory unit or units. An expansion memory **1074** may also be provided and connected to the mobile computing device **1050** through an expansion interface **1072**, which may include, for example, a SIMM (Single In Line Memory Module) card interface. The expansion memory **1074** may provide extra storage space for the mobile computing device **1050**, or may also store applications or other information for the mobile computing device **1050**. Specifically, the expansion memory **1074** may include instructions to carry out or supplement the processes described above, and may include secure information also. Thus, for example, the expansion memory **1074** may be provided as a security module for the mobile computing device **1050**, and may be programmed with instructions that permit secure use of the mobile computing device **1050**. In addition, secure applications may be provided via the SIMM cards, along with additional information, such as placing identifying information on the SIMM card in a non-hackable manner.

The memory may include, for example, flash memory and/or NVRAM memory (non-volatile random access memory), as discussed below. In some implementations, instructions are stored in an information carrier and, when executed by one or more processing devices (for example, processor **1052**), perform one or more methods, such as those described above. The instructions can also be stored by one or more storage devices, such as one or more computer- or machine-readable mediums (for example, the memory **1064**, the expansion memory **1074**, or memory on the processor **1052**). In some implementations, the instructions can be received in a propagated signal, for example, over the transceiver **1068** or the external interface **1062**.

The mobile computing device **1050** may communicate wirelessly through the communication interface **1066**, which may include digital signal processing circuitry where necessary. The communication interface **1066** may provide for communications under various modes or protocols, such as GSM voice calls (Global System for Mobile communications), SMS (Short Message Service), EMS (Enhanced Messaging Service), or MMS messaging (Multimedia Messaging Service), CDMA (code division multiple access), TDMA (time division multiple access), PDC (Personal Digital Cellular), WCDMA (Wideband Code Division Multiple Access), CDMA2000, or GPRS (General Packet Radio Service), among others. Such communication may occur, for example, through the transceiver **1068** using a radio-frequency. In addition, short-range communication may occur, such as using a Bluetooth®, Wi-Fi™, or other such transceiver (not shown). In addition, a GPS (Global Positioning System) receiver module **1070** may provide additional navigation- and location-related wireless data to the mobile computing device **1050**, which may be used as appropriate by applications running on the mobile computing device **1050**.

The mobile computing device **1050** may also communicate audibly using an audio codec **1060**, which may receive spoken information from a user and convert it to usable digital information. The audio codec **1060** may likewise generate audible sound for a user, such as through a speaker, e.g., in a handset of the mobile computing device **1050**. Such sound may include sound from voice telephone calls, may include recorded sound (e.g., voice messages, music files, etc.) and may also include sound generated by applications operating on the mobile computing device **1050**.

The mobile computing device **1050** may be implemented in a number of different forms, as shown in the figure. For example, it may be implemented as a cellular telephone **1080**. It may also be implemented as part of a smart-phone **1082**, personal digital assistant, or other similar mobile device.

Various implementations of the systems and techniques described here can be realized in digital electronic circuitry, integrated circuitry, specially designed ASICs (application specific integrated circuits), computer hardware, firmware, software, and/or combinations thereof. These various implementations can include implementation in one or more computer programs that are executable and/or interpretable on a programmable system including at least one programmable processor, which may be special or general purpose, coupled to receive data and instructions from, and to transmit data and instructions to, a storage system, at least one input device, and at least one output device.

These computer programs (also known as programs, software, software applications or code) include machine instructions for a programmable processor, and can be implemented in a high-level procedural and/or object-oriented programming language, and/or in assembly/machine language. As used herein, the terms machine-readable medium and computer-readable medium refer to any computer program product, apparatus and/or device (e.g., magnetic discs, optical disks, memory, Programmable Logic Devices (PLDs)) used to provide machine instructions and/or data to a programmable processor, including a machine-readable medium that receives machine instructions as a machine-readable signal. The term machine-readable signal refers to any signal used to provide machine instructions and/or data to a programmable processor.

To provide for interaction with a user, the systems and techniques described here can be implemented on a computer having a display device (e.g., a CRT (cathode ray tube) or LCD (liquid crystal display) monitor) for displaying information to the user and a keyboard and a pointing device (e.g., a mouse or a trackball) by which the user can provide input to the computer. Other kinds of devices can be used to provide for interaction with a user as well; for example, feedback provided to the user can be any form of sensory feedback (e.g., visual feedback, auditory feedback, or tactile feedback); and input from the user can be received in any form, including acoustic, speech, or tactile input.

The systems and techniques described here can be implemented in a computing system that includes a back end component (e.g., as a data server), or that includes a middleware component (e.g., an application server), or that includes a front end component (e.g., a client computer having a graphical user interface or a Web browser through which a user can interact with an implementation of the systems and techniques described here), or any combination of such back end, middleware, or front end components. The components of the system can be interconnected by any form or medium of digital data communication (e.g., a communication network). Examples of communication networks include a local area network (LAN), a wide area network (WAN), and the Internet.

The computing system can include clients and servers. A client and server are generally remote from each other and typically interact through a communication network. The relationship of client and server arises by virtue of computer programs running on the respective computers and having a client-server relationship to each other.

Certain embodiments of the present invention were described above. It is, however, expressly noted that the



present invention is not limited to those embodiments, but rather the intention is that additions and modifications to what was expressly described herein are also included within the scope of the invention. Moreover, it is to be understood that the features of the various embodiments described herein were not mutually exclusive and can exist in various combinations and permutations, even if such combinations or permutations were not made express herein, without departing from the spirit and scope of the invention. In fact, variations, modifications, and other implementations of what was described herein will occur to those of ordinary skill in the art without departing from the spirit and the scope of the invention. As such, the invention is not to be defined only by the preceding illustrative description.

Having described certain implementations of methods and systems for indexing and searching documents comprising chemical information it will now become apparent to one of skill in the art that other implementations incorporating the concepts of the disclosure may be used. Therefore, the disclosure should not be limited to certain implementations, but rather should be limited only by the spirit and scope of the following claims.

What is claimed is:

**1**. A method for searching a set of documents comprising chemical information, the method comprising:

(a) receiving, by a processor of a computing device, a user query comprising user-input chemical structure data and text data, wherein the text data and the user-input chemical structure data correspond to at least one chemical structure;

(b) identifying, by the processor, bit-screening data and connection data from the user-input chemical structure data, wherein the bit-screening data correspond to one or more constituent elements of the at least one chemical structure, and the connection data correspond to one or more connections between a plurality of the one or more constituent elements;

(c) augmenting, by the processor, the user query by generating one or more string tags based on at least a portion of the bit-screening data, such that the augmented user query comprises the one or more string tags, wherein the one or more string tags comprise a sequence of alphanumeric characters for describing the at least one chemical structure;

(d) querying, using a text-based search method, by the processor, a database comprising document data corresponding to the set of documents, wherein the set of documents comprises at least one graphical representation of the at least one chemical structure, the document data comprises at least one string tag that is generated based on the at least one graphical representation of the at least one chemical structure in the set of documents, and the querying of the database comprises correlating at least a portion of the one or more string tags of the augmented user query with the at least one string tag of the document data to generate one or more text-based search results; and

(e) outputting, by the processor, the one or more text-based search results.

**2**. The method of claim **1**, further comprising:

converting, by the processor, the bit-screening data and the connection data to one or more strings.

**3**. The method of claim **1**, the method further comprising:

(f) searching, using a structure-based search method, subsequent to the querying, by the processor, the one or more text-based search results by correlating at least a portion of the user-input chemical structure data with

relevant chemical structure data of the one or more text-based search results to generate one or more refined search results, wherein the one or more text-based search results correspond to filtered document data comprising the relevant chemical structure data; and

(g) outputting, by the processor, the one or more refined search results.

**4**. The method of claim **3**, wherein the structure-based search method uses string data as input.

**5**. The method of claim **3**, wherein the structure-based search comprises an atom by atom search.

**6**. The method of claim **3**, wherein the searching comprises:

combining, by the processor, the relevant chemical structure data of the one or more text-based search results into a minimum spanning tree;

storing, by the processor, the minimum spanning tree on a non-transitory computer readable medium; and

searching, by the processor, the minimum spanning tree.

**7**. The method of claim **1**, wherein at least one of the one or more string tags comprises natural language text.

**8**. The method of claim **1**, wherein the querying comprises generating, by the processor, the one or more text-based search results using a relevance search.

**9**. The method of claim **8**, wherein the relevance search is a hit-scoring search.

**10**. The method of claim **1**, wherein the user-input chemical structure data correspond to a substructure or complete structure of the at least one chemical structure.

**11**. The method of claim **1**, wherein the document data corresponding to the set of documents have been augmented to comprise one or more indexing string tags.

**12**. The method of claim **11**, wherein the querying comprises correlating the at least a portion of the one or more string tags of the augmented user query with at least one of the one or more indexing string tags.

**13**. A method for searching a set of documents comprising chemical information, the method comprising:

(a) receiving, by a processor of a computing device, a user query comprising user-input chemical structure data, wherein the user-input chemical structure data correspond to at least one chemical structure;

(b) identifying, by the processor, bit-screening data and connection data from the user-input chemical structure data, wherein the bit-screening data correspond to one or more constituent elements of the at least one chemical structure, and the connection data correspond to one or more connections between a plurality of the one or more constituent elements;

(c) augmenting, by the processor, the user query by generating one or more string tags based on at least a portion of the bit-screening data and, optionally, generating one or more encoded strings based on at least a portion of the connection data, such that the augmented user query comprises the one or more string tags, wherein the one or more string tags comprise a sequence of alphanumeric characters for describing the at least one chemical structure;

(d) querying, using a text-based search method, by the processor, a database comprising document data corresponding to the set of documents, wherein the set of documents comprises at least one graphical representation of the at least one chemical structure, the document data corresponding to the set of documents and comprising at least one string tag generated based on the at least one graphical representation of the at least one chemical structure in the set of documents, and the querying comprises correlating at least a portion of the one or more string tags of the augmented user query with the at least one string tag of the document data to generate one or more text-based search results; and

(e) outputting, by the processor, the one or more text-based search results.

**14**. A method for text-based searching a set of indexed documents comprising chemical information, the method comprising the steps of:

(a) receiving, by a processor of a computing device, a user query comprising text data, wherein the text data comprise a sequence of alphanumeric characters that describe at least one chemical structure;

(b) querying, using a text-based search method, by the processor, a database comprising document data corresponding to the set of indexed documents, the document data having been augmented to include one or more index string tags, wherein the set of indexed documents comprises at least one graphical representation of the at least one chemical structure, the one or more index string tags comprise at least one index string tag that is generated based on the at least one graphical representation of the at least one chemical structure in the set of indexed documents, the at least one index string tag comprises a sequence of alphanumeric characters for describing the at least one graphical representation of the at least one chemical structure, and the querying comprises correlating at least a portion of the text data of the user query with the one or more index string tags to generate one or more text-based search results; and

(c) outputting, by the processor, the one or more text-based search results.

**15**. The method of claim **14**, wherein the one or more index string tags comprise natural language text.

**16**. The method of claim **15**, wherein the relevance search is a hit-scoring search.

**17**. The method of claim **14**, wherein the querying comprises generating, by the processor, the one or more text-based search results using a relevance search.

**18**. A system for searching a set of documents comprising chemical information, the system comprising:

a processor; and

a non-transitory computer readable medium having instructions stored thereon, wherein the instructions, when executed by the processor, cause the processor to:

(a) receive, by the processor, a user query comprising user-input chemical structure data and text data, wherein the text data and the user-input chemical structure data correspond to at least one chemical structure;

(b) identify, by the processor, bit-screening data and connection data from the user-input chemical structure data, wherein the bit-screening data correspond to one or more constituent elements of the at least one chemical structure, and the connection data correspond to one or more connections between a plurality of the one or more constituent elements;

(c) augment, by the processor, the user query by generating one or more string tags based on at least a portion of the bit-screening data, such that the augmented user query comprises the one or more string tags, wherein the one or more string tags comprise a sequence of alphanumeric characters for describing the at least one chemical structure;

(d) query, using a text-based search method, by the processor, a database comprising document data corresponding to the set of documents, wherein the set of documents comprises at least one graphical representation of the at least one chemical structure, the document data corresponding to the set of documents and comprising at least one string tag that is generated based on the at least one graphical representation of the at least one chemical structure in the set of documents, and the querying comprises correlating at least a portion of the one or more string tags of the augmented user query with the at least one string tag of the document data to generate one or more text-based search results; and

(e) output, by the processor, the one or more text-based search results.

**19**. The system of claim **18**, wherein the instructions, when executed by the processor, further cause the processor to:

(f) search, using a structure-based search method, subsequent to the querying, by the processor, the one or more text-based search results by correlating at least a portion of the user-input chemical structure data with relevant chemical structure data of the one or more text-based search results to generate one or more refined search results, wherein the one or more text-based search results correspond to filtered document data comprising the relevant chemical structure data; and

(g) output, by the processor, the one or more refined search results.

**20**. A system for searching a set of documents comprising chemical information, the system comprising:

a processor; and

a non-transitory computer readable medium having instructions stored thereon, wherein the instructions, when executed by the processor, cause the processor to:

(a) receive, by the processor, a user query comprising user-input chemical structure data, wherein the user-input chemical structure data correspond to at least one chemical structure;

(b) identify, by the processor, bit-screening data and connection data from the user-input chemical structure data, wherein the bit-screening data correspond to one or more constituent elements of the at least one chemical structure, and the connection data correspond to one or more connections between a plurality of the one or more constituent elements;

(c) augment, by the processor, the user query by generating one or more string tags based on at least a portion of the bit-screening data and, generating one or more encoded strings based on at least a portion of the connection data, such that the augmented user query comprises the one or more string tags, wherein the one or more string tags comprise a sequence of alphanumeric characters for describing the at least one chemical structure;

(d) query, using a text-based search method, by the processor, a database comprising document data corresponding to the set of documents, wherein the set of documents comprises at least one graphical representation of the at least one chemical structure, the document data corresponding to the set of documents and comprising at least one string that is generated based on the at least one graphical representation of the at least one chemical structure in the set of documents, and the querying comprises correlating at least a portion of the augmented user query with the at least one string tag of the document data to generate one or more text-based search results; and

(e) output, by the processor, the one or more text-based search results.

**21**. The system of claim **20**, wherein the instructions, when executed by the processor, cause the processor to:

(f) search, using a structure-based search method, subsequent to the querying, by the processor, the one or more text-based search results by correlating at least a portion of the user-input chemical structure data with relevant chemical structure data of the one or more text-based search results to generate one or more refined search results, wherein the one or more text-based search results correspond to filtered document data comprising the relevant chemical structure data; and

(g) output, by the processor, the one or more refined search results.

* * * * *